STEFANIE T. SHARP, ESQ.
Nevada Bar No. 8661
**ROBISON, BELAUSTEGUI, SHARP & LOW**
71 Washington Street
Reno, Nevada 89503
Tel:   775-329-3151
Fax:   775-329-7941

*Attorneys for Creditor Nevada State Bank*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>JAMES A. WEST and<br>CARLEEN J. WEST<br>dba SWEET WATER FARM<br>dba SWEET WATER RANCH<br><br>Debtor. | Case No. 10-54234<br><br>Chapter 12<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS |

TO: THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTORS, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST

Stefanie T. Sharp, Esq., of the law firm of ROBISON, BELAUSTEGUI, SHARP & LOW, attorneys for Nevada State Bank, hereby enters her appearance in the above-entitled action and further requests that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

> Stefanie T. Sharp
> Robison, Belaustegui, Sharp and Low
> 71 Washington Street
> Reno, NV 89503
> (775) 329-3151
> ssharp@rbslattys.com

///

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

DATED this 28th day of October, 2010.

ROBISON, BELAUSTEGUI, SHARP & LOW
a Professional Corporation
71 Washington Street
Reno, Nevada 89503

By: /s/ Stefanie Sharp
Stefanie T. Sharp, Esq.
*Attorney for Nevada State Bank.*

J:\WPData\Krr\1930.079 NSB v. West\P-Notice of App-Request for Special Notice 10.10.wpd

ROBISON,
BELAUSTEGUI,
SHARP & LOW
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
71 WASHINGTON ST.
RENO, NEVADA 89503
TELEPHONE
(775) 329-3151

2