| B9G (Official Form 9G) (Chapter 12 Individual or Joint Debtor Family Farmer or Family Fisherman) (12/07) | Case Number<br>10−54234−gwz |
|---|---|

### UNITED STATES BANKRUPTCY COURT District of Nevada

## Notice of
## Chapter 12 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 12 bankruptcy case on 10/27/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Case documents may be viewed at www.nvb.uscourts.gov.

**Important Notice to Debtors:** Debtors who are individuals must provide government−issued photo identification and proof of social security number at the meeting of creditors. Failure to so do may result in dismissal of their case.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| JAMES A WEST<br>aka JIM WEST, dba SWEET WATER FARM, dba<br>SWEET WATER RANCH<br>HC33 BOX 336600<br>ELY, NV 89301 | CARLEEN J WEST<br>HC33 BOX 336600<br>ELY, NV 89301 |
| Case Number:<br>10−54234−gwz<br>Judge: GREGG W ZIVE | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−9546<br>xxx−xx−8030 |
| Attorney for Debtor(s) (name and address):<br>SCOTT F. GILLES<br>FAHRENDORF, VILORIA, OLIPHANT & OSTER<br>327 CALIFORNIA AVENUE<br>RENO, NV 89509<br>Telephone number: (775) 348 9999 | Bankruptcy Trustee (name and address):<br>M NELSON ENMARK<br>3385 N.W. AVENUE<br>FRESNO, CA 93705<br>Telephone number: (559) 299 4613 |

## Meeting of Creditors

Date: **December 6, 2010**              Time: **09:30 AM**
Location: **300 Booth Street, Room 3024, Reno, NV 89509**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **3/6/11**          For a governmental unit: **180 days after order for relief entered.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 2/4/11

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has not filed a plan as of this date. You will be sent separate notice of the hearing on confirmation of the plan.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>300 Booth Street<br>Reno, NV 89509<br>Telephone number: (775)784−5559 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br><br>*Mary A. Schott*<br><br>Mary A. Schott |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 10/28/10 |

**EXPLANATIONS**                                                                            B9G (Official Form 9G) (12/07)

| | |
|---|---|
| Filing of Chapter 12 Bankruptcy Case | A bankruptcy case under Chapter 12 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 12 allows family farmers and family fishermen to adjust their debts pursuant to a plan. A plan is not effective unless confirmed by the court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1201. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited in duration or not exist at all, although the debtor may have the right to request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0978-3          User: lgallaghe              Page 1 of 2                  Date Rcvd: Oct 28, 2010
Case: 10-54234                Form ID: mtg12a              Total Noticed: 30


The following entities were noticed by first class mail on Oct 30, 2010.
db/jdb         JAMES A WEST,    CARLEEN J WEST,    HC33 BOX 336600,    ELY, NV  89301
aty           +SCOTT F. GILLES,    FAHRENDORF, VILORIA, OLIPHANT & OSTER,    327 CALIFORNIA AVENUE,
               RENO, NV 89509-1645
tr             M NELSON ENMARK,    3385 N.W. AVENUE,    FRESNO, CA  93705
ust           +ANTONIA DARLING,    300 LAS VEGAS BLVD., SO. #4300,    LAS VEGAS, NV 89101-5803
ust           +AUGUST B. LANDIS,    OFFICE OF UST FOR REGION 17,    235 PINE STREET, ROOM 700,
               SAN FRANCISCO, CA 94104-2736
6463555       +Bank of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
6463556       +Bennett H. Goldstein,    1132 SW 19th Ave #106,    Portland, OR 97205-1742
6463557        Bk Of Amer,    4060 Ogletown-stanton Rd,    Newark, DE  19713
6463559     ++++CBE GROUP,    131 TOWER PARK DR STE 100,    WATERLOO IA  50701-9588
               (address filed with court: Cbe Group,     131 Towe Park Dr Suite 1,    Waterloo, IA  50702)
6463561       ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
               (address filed with court: Chrysler Financial,     27777 Franklin Rd,    Southfield, MI  48034)
6463558       +Cap One,    Po Box 85015,    Richmond, VA 23285-5015
6463572        Chapter 12 Trustee,    M. Nelson Enmark,    3447 W. Shaw Avenue,    Suite A,    Fresno, CA 93711-3204
6463560       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
6463573       +Dept. of Employment, Training & Rehab,    Employment Security Division,    500 East Third Street,
               Carson City, NV 89713-0002
6463574       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court: Internal Revenue Service,    P.O. Box 21126,    DPN 781,
               Philadelphia, PA 19114)
6463575       +Nevada Department of Taxation, Bankruptcy Section,    4600 Kietzke Ln., Suite L-235,
               Reno, NV 89502-5045
6463563       +Nevada State Bank,    475 Railroad Street,    Elko, NV 89801-3717
6463576       +State of Nevada Dept. of Motor Vehicles,    Attn: Legal Division,    555 Wright Way,
               Carson City, Nevada 89711-0001
6463564       +Stewart Title,    c/o: Colleen Memeo,    810 Idaho Street,    Elko, Nevada 89801-3826
6463565       +Tri-State Livestock Credit,    2880 Sunrise Blvd. #224,    Rancho Cordova, CA 95742-6102
6463566       +Wells Fargo,    P.o.box 29704,    Phoenix, AZ 85038-9704
6463567       +Wells Fargo Bank,    Bankruptcy Dept.,    3201 N. 4th Ave.,    Sioux Falls, SD 57104-0700
6463569       +Wells Fargo Equipment Finance,    Bankruptcy Dept.,    1540 W Fountainhead Pkwy,
               Tempe, AZ 85282-1839
6463568        Wells Fargo Equipment Finance,    1590 Star Way,    Reno, NV  89511-8690
6463570       +White Pine County Tax Assessor,    955 Campton Street,    Ely, NV 89301-1966
6463571       +Zions Managment Srvc C,    2185 S 3270 W,    Salt Lake City, UT 84119-1109

The following entities were noticed by electronic transmission on Oct 29, 2010.
ust           +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov                            J MICHAL BLOOM,
               300 LAS VEGAS BLVD S #4300,    LAS VEGAS, NV 89101-5803
ust            E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov                            NICHOLAS STROZZA,
               300 BOOTH ST RM 2129,    RENO, NV  89509
ust           +E-mail/Text: scott.a.farrow@usdoj.gov                                 SCOTT ANDREW FARROW,
               DEPT OF JUSTICE, OFFICE OF US TRUSTEE,    300 LAS VEGAS BLVD., SO.,    LAS VEGAS, NV 89101-5833
ust            E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov                            WILLIAM B COSSITT,
               U.S. TRUSTEE'S OFFICE,    300 BOOTH ST #2129,    RENO, NV  89509
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6463562      ##+Community Bank,    204 East Main Street,    Hermiston, OR 97838-1840
                                                                                    TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0978-3          User: lgallaghe            Page 2 of 2              Date Rcvd: Oct 28, 2010
Case: 10-54234                Form ID: mtg12a            Total Noticed: 30

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2010**                       **Signature:**        _/s/ Joseph Speetjens_