**United States Bankruptcy Court**
**District of Nevada**

IN RE:                                                                                                                      Case No. **10-54234**

**West, James A & West, Carleen J**                                   Chapter **12**

Debtor(s)

**VERIFICATION OF AMENDMENT TO CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **November 10, 2010**          Signature:   */s/ Jim West*
                                                                        **Jim West**                                       Debtor

Date: **November 10, 2010**          Signature: */s/ Carleen J West*
                                                                         **Carleen J West**                          Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

amendment-to-matrix

Farm Credit Leasing Services Corp.
Attn: Kathy Schiroo
600 Hwy 169, Suite 300
Minneapolis, MN 54426

Armstrong Teasdale LLP
c/o: Janet Chubb, Esq.
50 West Liberty Street, Suite 950
Reno, NV 89501