Scott F. Gilles, Esq.
Nevada Bar No. 9035
FAHRENDORF, VILORIA,
 OLIPHANT & OSTER L.L.P.
P.O. Box 3677
Reno, Nevada 89505
(775) 348-9999
**Attorneys for Debtors**
**James West and Carleen West**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>JAMES A. WEST, aka JIM WEST, and<br>CARLEEN J. WEST,<br>dba SWEET WATER FARM,<br><br>Debtors-in-Possession. | Case No: 10-54234<br><br>Chapter: 12<br><br>**CERTIFICATE OF SERVICE OF<br>NOTICE OF CHAPTER 12<br>BANKRUPTCY CASE, MEETING OF<br>CREDITORS, & DEADLINES** |

Pursuant to NRCP 5(b), I certify that I am an employee of the law firm of FAHRENDORF, VILORIA, OLIPHANT & OSTER L.L.P., and that on the dates stated below, I caused service of a true and correct copy of the following document:

**NOTICE OF CHAPTER 12 BANKRUPTCY CASE,
MEETING OF CREDITORS, & DEADLINES**

by depositing for mailing in the U.S. mail with sufficient postage affixed thereto and addressed as follows:

Farm Credit Leasing Services Corp.
Attn: Kathy Schiroo
600 Hwy 169, Suite 300
Minneapolis, MN 54426

///

278188                                              -1-

Armstrong Teasdale LLP
c/o: Janet Chubb, Esq.
50 West Liberty Street, Suite 950
Reno, NV 89501
*Attorney for Farm Credit Leasing Services Corporation*

I declare under penalty of perjury that the foregoing is true and correct.

**DATED** this 10TH day of November, 2010.

/s/ Jennifer Starley
Jennifer Starley, an employee of Fahrendorf, Viloria, Oliphant & Oster, LLP

278188                                                    -2-