Scott Gilles, Esq.
NV Bar No. 9035
Fahrendorf, Viloria, Oliphant & Ost
327 California Avenue
Reno, NV 89509
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:  JAMES A. WEST AND      Case No.: 10-54234
        CARLEEN J. WEST       Chapter: 12

_____ Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ____ Voluntary Petition (specify reason for amendment)
- ____ Summary of Schedules
- ____ Statistical Summary of Certain Liabilities
- ____ Schedule A - Real Property
- ____ Schedule B - Personal Property
- ____ Schedule C - Property Claimed as exempt
- ____ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
  - ____ Add/delete creditor(s), change amount or classification of debt - $26.00 Fee required.
  - ____ Add/change address of already listed creditor - No fee
- ____ Schedule G - Executory Contracts and Unexpired Leases
- ____ Schedule H - CoDebtors
- ____ Schedule I - Current Income of Individual Debtor(s)
- ____ Schedule J - Current Expenditures of Individual Debtor(s)
- ____ Declaration Concerning Debtor's Schedules
- ____ Statement of Financial Affairs and/or Declaration
- ____ Chapter 7 Individual Debtor's Statement of Intention
- ✓ Disclosure of Compensation of Attorney for Debtor(s)
- ____ Statement of Current Monthly Income and Means Test Calculation
- ____ Certification of Credit Counseling
- ____ Other:

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 11/10/2010      /s/ Jim West        /s/ Carleen West
                          Debtor                 Joint Debtor

**United States Bankruptcy Court**
**District of Nevada**

IN RE:                                                                                          Case No. **10-54234**

**West, James A & West, Carleen J**                                                             Chapter **12**
                    Debtor(s)

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................. $ **200.00/hr**

   Prior to the filing of this statement I have received ........................................................ $ **10,000.00**

   Balance Due ............................................................................................. $ _____

2. The source of the compensation paid to me was:  ☐ Debtor  ☑ Other (specify): **Double U Livestock LLC**

3. The source of compensation to be paid to me is:  ☐ Debtor  ☑ Other (specify): **Trust Account/Retainer**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Representation in appeals.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 10, 2010**                    **/s/ Scott F. Gilles, Esq.**
        Date                              Scott F. Gilles, Esq. 9035
                                          Fahrendorf, Viloria, Oliphant & Oster LLP
                                          327 California Ave.
                                          Reno, NV 89519
                                          (775) 348-9999  Fax: (775) 348-0540
                                          bankruptcy@renonvlaw.com

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only