Scott F. Gilles, Esq.
Nevada Bar No. 9035
FAHRENDORF, VILORIA,
  OLIPHANT & OSTER L.L.P.
P.O. Box 3677
Reno, Nevada 89505
(775) 348-9999
**Attorneys for Debtors**
**James and Carleen West**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

JAMES A. WEST, aka JIM WEST, and
CARLEEN J. WEST,
dba SWEET WATER FARM,

Debtors-in-Possession.

Case No: 10-54234

Chapter: 12

**RULE 2014 DECLARATION OF SCOTT F. GILLES IN SUPPORT OF EX PARTE APPLICATION TO EMPLOY THE LAWFIRM OF FAHRENDORF, VILORIA, OLIPHANT & OSTER LLP AS COUNSEL FOR DEBTORS**

[No Hearing Required]

I, Scott F. Gilles, Esq., under penalty of perjury declare as follows:

1.  I am admitted to and in good standing with the State Bar of Nevada, and I am a member of the law firm Fahrendorf, Viloria, Oliphant & Oster, LLP ("FVOO").

2.  Prior to the time this Chapter 12 case was filed, I was retained to represent James A. West and Carleen J. West, doing business as Sweet Water Farm, ("Debtors") in connection with the preparation of filing this case. At the time of the chapter 12 petition, Debtors' account with FVOO was current.

3.  Other than through FVOO's representation of Debtors, FVOO has no connection to Debtors. FVOO does not hold any interest in Debtors' estate. FVOO does not have any

277370                               -1-

connection to the creditors of Debtors' estate, any other party in interest, or their respective attorneys and accountants. FVOO does not have any connection with the United States Trustee or any person employed by the office of the United States Trustee.

4. To the best of my knowledge, I do not represent or hold any interest adverse to the Debtors' estate with respect to the matter on which my firm is to be employed.

**DATED** this 10th day of November, 2010.

                                          FAHRENDORF, VILORIA,
                                            OLIPHANT & OSTER L.L.P.

By:    /s/ Scott Gilles
        Scott F. Gilles, Esq.
        Nevada Bar No. 9035
        Attorneys for Debtors

277370                             -2-