ELIZABETH FIELDER, State Bar No. 006294
BRIAN R. IRVINE, State Bar No. 007758
JONES VARGAS
100 West Liberty Street, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: (775) 786-5000
Facsimile: (775) 786-1177
E-mail: birvine@jonesvargas.com

LAW OFFICES OF AMY N. TIRRE,
A Professional Corporation
AMY N. TIRRE, ESQ., State Bar No. 6523
3715 Lakeside Drive, Suite A
Reno, NV 89509
Telephone: (775) 828-0909
Facsimile: (775) 828-0914
E-mail: amy@amytirrelaw.com

Attorneys for Secured Creditor
Tri-State Livestock Credit Corporation

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>JAMES A. WEST and<br>CARLEEN J. WEST<br><br>Debtors. | Case No. BK-10-54234-GWZ<br><br>Chapter 12<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br>Est. Hearing: |

TO: THE CLERK OF THE BANKRUPTCY COURT, DEBTOR, CREDITORS, PARTIES IN INTEREST and THEIR RESPECTIVE COUNSEL:

**PLEASE TAKE NOTICE** that the undersigned, as counsel for secured creditor Tri-State Livestock Credit Corporation, hereby requests that they receive notice of any and all proceedings in the above-captioned case, including, but not limited to, all notices concerning hearings under Sections 361, 362, 363, 364, and 365 of the Bankruptcy Code; all applications for compensation by attorneys and accountants; all applications and motions to abandon or otherwise dispose of property of the estate; all applications and motions for stay relief; all applications and motions for

1526053.doc

appointment of trustees and examiners, all motions and applications for dismissal or conversion of the above-referenced case; and all other applications and motions concerning any plan of reorganization or liquidation, the approval of any disclosure statement, the solicitation of any consents, and any hearings concerning confirmation of any plan or plans of reorganization or liquidation. Send any such notices to:

> BRIAN R. IRVINE, State Bar No. 007758
> birvine@jonesvargas.com
> JONES VARGAS
> 100 West Liberty Street, 12th Floor
> P.O. Box 281
> Reno, NV 89504-0281
> (775) 786-5000
>
> LAW OFFICES OF AMY N. TIRRE,
> A Professional Corporation
> AMY N. TIRRE, ESQ., State Bar No. 6523
> 3715 Lakeside Drive, Suite A
> Reno, NV 89509
> (775) 828-0909 Telephone
> (775) 828-0914 Facsimile
> E-mail: amy@amytirrelaw.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of Tri-State Livestock Credit Corporation:

- Right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

- Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

- Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

1526053.doc

- Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by Tri-State Livestock Credit Corporation without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

DATED this 12th day of November, 2010.

JONES VARGAS


/s/ Brian R. Irvine
BRIAN R. IRVINE


LAW OFFICES OF AMY N. TIRRE, APC

/s/ Amy N. Tirre
AMY N. TIRRE

Attorneys for Secured Creditor
Tri-State Livestock Credit Corporation

1526053.doc

## CERTIFICATE OF SERVICE

I certify that I am an employee of JONES VARGAS, and that on this date, pursuant to FRBP 7005 and FRCP 5(b), I am serving a true copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE,** on the parties set forth below by:

    X  through the Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, on all counsel of record in this matter being registered to receive Filing

and:

    X  Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices

addressed as follows:

| | |
|---|---|
| United States Bankruptcy Court<br>300 Booth Street<br>Reno, NV 89509-1360 | Armstrong Teasdale LLP<br>c/o Janet Chubb, Esq.<br>50 West Liberty St., Ste. 950<br>Reno, NV 89501-1979 |
| Bank of America<br>4161 Piedmont Parkway<br>Greensboro, NC 27410-8119 | Bennett H. Goldstein<br>1132 SW 19th Avenue, #106<br>Portland, OR 97205-1742 |
| Bank of America<br>4060 Ogletown-Stanton Road<br>Newark, DE 19713 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| CBE Group<br>131 Tower Park Dr., Ste. 100<br>Waterloo, IA 50701-9588 | Chapter 12 Trustee<br>M. Nelson Enmark<br>3447 W. Shaw Ave., Ste. A<br>Fresno, CA 93711-3204 |
| Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Chrysler Financial<br>27777 Inkster Road<br>Farmington Hills, MI 48334-5326 |
| Community Bank<br>204 East Main Street<br>Hermiston, OR 97838-1840 | Dept. of Employment, Training & Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713-0002 |
| Farm Credit Leasing Services Corp.<br>Attn: Kathy Schiroo<br>600 Highway 169, Suite 300<br>Minneapolis, MN 55426-1246 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 |

1526053.doc

| | |
|---|---|
| Nevada Department of Taxation,<br>Bankruptcy Section<br>3600 Kietzke Ln., Ste. L-235<br>Reno, NV  89502-5045 | Nevada State Bank<br>475 Railroad Street<br>Elko, NV  89801-3717 |
| State of Nevada Dept. of Motor Vehicles<br>Attn:  Legal Division<br>555 Wright Way<br>Carson City, NV  89711-0001 | Stewart Title<br>c/o Colleen Memo<br>810 Idaho Street<br>Elko, NV  89801-3826 |
| Wells Fargo<br>P.O. Box 29704<br>Phoenix, AZ  85038-9704 | Wells Fargo Bank<br>Bankruptcy Dept.<br>3201 N. 4th Ave.<br>Sioux Falls, SD  57104-0700 |
| Wells Fargo Equipment Finance<br>1590 Star Way<br>Reno, NV  89511-8690 | Wells Fargo Equipment Finance<br>Bankruptcy Dept.<br>1540 W. Fountainhead Parkway<br>Tempe, AZ  85282-1839 |
| White Pine County Tax Assessor<br>955 Campton Street<br>Ely, NV  89301-1966 | Zions Management Service Co.<br>2185 S. 3270 W.<br>Salt Lake City, UT  84119-1109 |
| Carleen J. West<br>HC33 Box 336600<br>Ely, NV  89301 | James A. West<br>HC33 Box 336600<br>Ely, NV  89301 |
| M. Nelson Enmark<br>3385 N.West Avenue<br>Fresno, CA  93706 | Scott F. Gilles<br>Fahrendorf, Viloria, Oliphant & Oster<br>327 California Avenue<br>Reno. NV  89509-1645 |

DATED this 12th day of November, 2010.

/s/ Laura J. Heath
Laura J. Heath
An employee of Jones Vargas

1526053.doc