**Entered on Docket
December 07, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>JAMES A. WEST, aka JIM WEST, and CARLEEN J. WEST,<br>dba SWEET WATER FARM,<br><br><br><br><br>Debtors-in-Possession. | Case No: 10-54234<br><br>Chapter: 12<br><br>**ORDER AUTHORIZING EMPLOYMENT OF THE LAWFIRM OF FAHRENDORF, VILORIA, OLIPHANT & OSTER LLP AS COUNSEL FOR DEBTORS**<br><br>**[No Hearing Required]** |

Upon consideration of the debtors' EX PARTE APPLICATION TO EMPLOY THE LAWFIRM OF FAHRENDORF, VILORIA, OLIPHANT & OSTER LLP AS COUNSEL FOR DEBTORS (Doc. 18) and the supporting declaration of Scott F. Gilles, Esq (Doc. 19), and pursuant to Fed.R.Bank.Proc. Rule 2014, and it appearing from those documents that good cause exists;

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED as follows:

1. The Debtors are authorized to employ Fahrendorf, Viloria, Oliphant & Oster LLP ("FVOO") as their general counsel in the above case; and

2. Any payment of fees or costs to FVOO is subject to court order.

Submitted by:

| | |
|---|---|
| FAHRENDORF, VILORIA,<br>  OLIPHANT & OSTER L.L.P. | APPROVED/DISAPPROVED |
| /s/ Scott Gilles | /s/ Nicholas Strozza |
| Scott F. Gilles, Esq.<br>Nevada Bar No. 9035<br>P.O. Box 3677<br>Reno, Nevada  89505<br>(775) 348-9999<br>**Attorneys for Debtors** | OFFICE OF THE U.S. TRUSTEE |

**IT IS SO ORDERED.**

### ###