1  JANET L. CHUBB, ESQ.
   Nevada State Bar #176
2  LOUIS M. BUBALA III, ESQ.
   Nevada State Bar #8974
3  ARMSTRONG TEASDALE LLP
   50 West Liberty, Suite 950
4  Reno, NV 89501
   Telephone:  775.322.7400
5  Facsimile:  775.322.9049
   Email:  jchlubb@armstrongteasdale.com
6          lbubala@armstrongteasdale.com
     and   bsalinas@armstrongteasdale.com
7
   Attorneys for Farm Credit Leasing Services Corporation

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No.: BK-N-10-54234-GWZ |
|---|---|
| JAMES A. WEST and CARLEEN J. WEST, | Chapter:  12 |
| Debtors. | **REQUEST FOR SPECIAL NOTICE** |
| | Hearing Date:  n/a |
| | Hearing Time:  n/a |

TO: ALL INTERESTED PARTIES

    ARMSTRONG TEASDALE, LLP, attorneys for Farm Credit Leasing Services Corporation, a creditor in the above-referenced bankruptcy estate, hereby requests notice of all pleadings, papers, hearings, meetings and other matters in connection with the above-captioned case.

    Notices pursuant to this request are to be sent to the following address:

  Louis M. Bubala III, Esq.
ARMSTRONG TEASDALE LLP
50 West Liberty, Suite 950
Reno, NV 89501
Telephone:  775.322.7400
Fax:  775.322.9049
Email:  lbubala@armstrongteasdale.com
        bsalinas@armstrongteasdale.com

    Neither this request for notice, nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion or any other writing or conduct, shall constitute a waiver by of the following rights:

      1.     Right to have any final orders in any non-core matters entered only after de novo review by a United States District Judge;

      2.     Right to trial by jury in any proceeding in which this right exists, whether the right be designated legal or private, whether the right is asserted in any related case, controversy or proceeding, notwithstanding the designation vel non of the proceeding as "core" under Section 157(b)(2)(H) of the United States Bankruptcy Code, and whether the right is asserted under statute or the United States Constitution;

      3.     Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or,

      4.     Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements, at law or in equity, or under the United States Constitution.

Farm Credit Leasing Services Corporation expressly reserves all of the rights listed above.

Filing this request for notice or participating in this bankruptcy proceeding shall not be deemed to constitute a concession or admission of jurisdiction in this case or before this Court.

DATED: December 7, 2010        ARMSTRONG TEASDALE LLP

By:   /s/ Louis M. Bubala III
       LOUIS M. BUBALA, ESQ.

Attorneys for Farm Credit Leasing Services Corporation

**CERTIFICATE OF SERVICE**

1. On December 7, 2010, I served the following document(s):

**REQUEST FOR SPECIAL NOTICE**

2. I served the above-named document(s) by the following means to the persons as listed below:

■ a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- SALLIE B ARMSTRONG    sarmstrong@downeybrand.com, reno@downeybrand.com
- BRUCE THOMAS BEESLEY    bbeesley@lrlaw.com, rmaples@lrlaw.com;jmoulian@lrlaw.com;mburns@lrlaw.com
- LOUIS M. BUBALA    lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com
- JAMES R CAVILIA    jcavilia@allisonmackenzie.com, voneill@allisonmackenzie.com
- JANET L. CHUBB    bsalinas@armstrongteasdale.com;twaldo@armstrongteasdale.com
- ANGELIQUE L. M. CLARK    aclarkttee@hotmail.com, NV12@ecfcbis.com
- RICHARD W. ESTERKIN    resterkin@morganlewis.com
- LUCAS GJOVIG    lmgjovig@duanemorris.com, jldailey@duanemorris.com;bsrudolph@duanemorris.com
- ALVIN J HICKS    ajhicks@mcdonaldcarano.com, ssmithson@mcdonaldcarano.com
- CHRISTOPHER D JAIME    cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com
- MICHELLE N. KAZMAR    mkazmar@downeybrand.com, reno@downeybrand.com
- IRA D KHARASCH    ikharasch@pszjlaw.com
- JORDAN A KROOP    jkroop@ssd.com, kgraves@ssd.com;ksinger@ssd.com
- SCOTTA E. MCFARLAND    smcfarland@pszjlaw.com
- VICTORIA A. NEWMARK    vnewmark@pszjlaw.com
- MICHAEL J PANKOW    mpankow@bhfs.com
- C DAVID RUSSELL    drussell@grgflaw.com, dcalhoun@grgflaw.com
- HEATHER E. SCHELL    hschell@bhfs.com, cwindholz@bhfs.com;dkscott@bhfs.com
- JENNIFER A. SMITH    cobrien@lionelsawyer.com, bklscr@lionelsawyer.com
- KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
- U.S. TRUSTEE - RN - 11    USTPRegion17.RE.ECF@usdoj.gov

- MICHAEL C. VAN    michael@shumwayvan.com, sandy@shumwayvan.com;erica@shumwayvan.com;ashley@shumwayvan.com
- ARTHUR A. ZORIO    azorio@watsonrounds.com, kmetcalf@watsonrounds.com

    ☐ b.   **United States mail, postage fully prepaid** (list persons and addresses):
    ☐ c.   **Personal Service** (list persons and addresses)
          I personally delivered the document(s) to the persons at these addresses:

    ☐ d.   **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

    ☐ e.   **By fax transmission** (list persons and fax numbers):

    ☐ f.   **By messenger**:

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 7th day of December, 2010.

| Barbara Salinas | /s/Barbara Salinas |
|---|---|
| Name | Signature |

4