JANET L. CHUBB, ESQ.
Nevada State Bar #176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar #8974
ARMSTRONG TEASDALE LLP
50 West Liberty, Suite 950
Reno, NV 89501
Telephone:  775.322.7400
Facsimile:  775.322.9049
Email:  jchlubb@armstrongteasdale.com
            lbubala@armstrongteasdale.com
  and     bsalinas@armstrongteasdale.com

Attorneys for Farm Credit Leasing Services Corporation

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>JAMES A. WEST and<br>CARLEEN J. WEST,<br><br>           Debtors.<br><br><br>_____ | Case No.:   BK-N-10-54234-GWZ<br>Chapter:     12<br><br>**AMENDED CERTIFICATE OF<br>SERVICE OF REQUEST FOR<br>SPECIAL NOTICE**<br><br>Hearing Date:   n/a<br>Hearing Time:  n/a |

**AMENDED CERTIFICATE OF SERVICE OF REQUEST FOR SPECIAL NOTICE**

    1.    On December 7, 2010, I served the following document(s):

**AMENDED CERTIFICATE OF SERVICE OF REQUEST FOR SPECIAL NOTICE**

    2.    I served the above-named document(s) by the following means to the persons as listed below:

    ■ a.    **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):
LOUIS M. BUBALA on behalf of Creditor Farm Credit Leasing Services Corporation
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

M NELSON ENMARK
nenmark.trustee@gmail.com

SCOTT F. GILLES on behalf of Debtor JAMES WEST
bankruptcy@renonvlaw.com, bankruptcy@renonvlaw.com

BRIAN R. IRVINE on behalf of Creditor TRI-STATE LIVESTOCK CREDIT

CORPORATION BIRVINE@JONESVARGAS.COM, l-b@jonesvargas.com

STEFANIE T. SHARP on behalf of Creditor NEVADA STATE BANK
ssharp@rbslattys.com, hdericco@rbslattys.com

AMY N. TIRRE on behalf of Creditor TRI-STATE LIVESTOCK CREDIT CORP

☐ b.   **United States mail, postage fully prepaid** (list persons and addresses):

☐ c.   **Personal Service** (list persons and addresses)
I personally delivered the document(s) to the persons at these addresses:

☐ d.   **By direct email (as opposed to through the ECF System**) (list persons and email addresses):

☐ e.   **By fax transmission** (list persons and fax numbers):

☐ f.   **By messenger**:

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 7th day of December, 2010.

| Barbara Salinas | /s/Barbara Salinas . |
| --- | --- |
| Name | Signature |