M. NELSON ENMARK ESQ. #032477
CHAPTER TRUSTEE 12 TRUSTEE
3855 NORTH WEST AVENUE, SUITE 108
FRESNO, CA  93705
TELEPHONE:  (559) 229-4200

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:<br><br>JAMES A WEST<br><br>CARLEEN WEST<br><br><br>Debtor(s). | Case No.  10-54234-B-12<br><br>Chapter 12 Proceeding<br><br><br>REPORT OF CHAPTER 12 TRUSTEE 341 MEETING |
|---|---|

The Trustee declares:

1. Date of Meeting:    December 6, 2010

2. (XX)    Meeting concluded.

3. (  )    Meeting continued to

4. (  )    Debtor(s) failed to appear.

5. (  )    Debtor(s) failed to file schedules and/or statement of affairs.

6. (  )    Debtor(s) counsel pro se – debtor acting failed to appear.

7. (  )    Off Calendar – Case to be dismissed

The trustee declares the foregoing is true and correct under penalty of perjury.

DATED:  12-08-10            /s/ M. Nelson Enmark

_____
M. NELSON ENMARK
Standing Chapter 12 Trustee

1