Scott F. Gilles, Esq.
Nevada Bar No. 9035
FAHRENDORF, VILORIA,
  OLIPHANT & OSTER L.L.P.
P.O. Box 3677
Reno, Nevada 89505
(775) 348-9999
**Attorneys for James and Carleen West**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

IN RE:

   JAMES A. WEST, aka JIM WEST, and
CARLEEN J. WEST,
dba SWEET WATER FARM,

Debtors-in-Possession.

Case No: 10-54234

Chapter: 12

**NOTICE OF ENTRY OF ORDER**

**[No Hearing]**

     PLEASE TAKE NOTICE that on December 7, 2010 the Order Authorizing Employment of the Law Firm of Fahrendorf, Viloria, Oliphant & Oster L.L.P. as Counsel for Debtors was entered in the above-entitled case. A copy of said order is attached hereto and incorporated herein by reference.

     **DATED** this 10th day of December, 2010.

                             FAHRENDORF, VILORIA,
                               OLIPHANT & OSTER L.L.P.

                         By:   /s/ Scott Gilles
                            Scott F. Gilles, Esq.
                            **Attorneys for Debtors**

282243                  -1-

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of the law firm of FAHRENDORF, VILORIA, OLIPHANT & OSTER L.L.P., and that on the date shown below, I caused service of a true and correct copy of the following document:

## NOTICE OF ENTRY OF ORDER

to be completed through electronic service through the U.S. Bankruptcy Court's ECF Filing System to the following:

LOUIS M. BUBALA on behalf of Creditor Farm Credit Leasing Services Corporation
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

M NELSON ENMARK
nenmark.trustee@gmail.com

SCOTT F. GILLES on behalf of Debtor JAMES WEST
bankruptcy@renonvlaw.com, bankruptcy@renonvlaw.com

BRIAN R. IRVINE on behalf of Creditor TRI-STATE LIVESTOCK CREDIT CORPORATION
BIRVINE@JONESVARGAS.COM, l-b@jonesvargas.com

STEFANIE T. SHARP on behalf of Creditor NEVADA STATE BANK
ssharp@rbslattys.com, hdericco@rbslattys.com

AMY N. TIRRE on behalf of Creditor TRI-STATE LIVESTOCK CREDIT CORP
amy@amytirrelaw.com, admin@amytirrelaw.com

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 10$^h$ day of December, 2010.

/s/ Jennifer Starley
Jennifer Starley, Declarant

282243

-2-

**Entered on Docket
December 07, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>JAMES A. WEST, aka JIM WEST, and CARLEEN J. WEST,<br>dba SWEET WATER FARM,<br><br><br><br>Debtors-in-Possession. | Case No: 10-54234<br><br>Chapter: 12<br><br>**ORDER AUTHORIZING EMPLOYMENT OF THE LAWFIRM OF FAHRENDORF, VILORIA, OLIPHANT & OSTER LLP AS COUNSEL FOR DEBTORS**<br><br>**[No Hearing Required]** |

Upon consideration of the debtors' EX PARTE APPLICATION TO EMPLOY THE LAWFIRM OF FAHRENDORF, VILORIA, OLIPHANT & OSTER LLP AS COUNSEL FOR DEBTORS (Doc. 18) and the supporting declaration of Scott F. Gilles, Esq (Doc. 19), and pursuant to Fed.R.Bank.Proc. Rule 2014, and it appearing from those documents that good cause exists;

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED as follows:

1. The Debtors are authorized to employ Fahrendorf, Viloria, Oliphant & Oster LLP ("FVOO") as their general counsel in the above case; and

2. Any payment of fees or costs to FVOO is subject to court order.

Submitted by:

| | |
|---|---|
| FAHRENDORF, VILORIA, <br> OLIPHANT & OSTER L.L.P. | APPROVED/DISAPPROVED |
| /s/ Scott Gilles <br> Scott F. Gilles, Esq. <br> Nevada Bar No. 9035 <br> P.O. Box 3677 <br> Reno, Nevada  89505 <br> (775) 348-9999 <br> **Attorneys for Debtors** | /s/ Nicholas Strozza <br> OFFICE OF THE U.S. TRUSTEE |

**IT IS SO ORDERED.**

###