Scott F. Gilles, Esq.
Nevada Bar No. 9035
FAHRENDORF, VILORIA,
   OLIPHANT & OSTER L.L.P.
P.O. Box 3677
Reno, Nevada  89505
(775) 348-9999
**Attorneys for Debtors**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>  JAMES A. WEST, aka JIM WEST, and CARLEEN J. WEST,<br>   dba SWEET WATER FARM,<br><br>Debtors-in-Possession. | Case No:  10-54234<br><br>Chapter: 12<br><br>**EX-PARTE MOTION FOR AN EXTENSION OF TIME TO FILE DEBTORS' CHAPTER 12 PLAN** |

Debtors-in-possession, JAMES A. WEST and CARLEEN J. WEST, doing business as Sweet Water Farm ("Debtors"), by and through their counsel of record, Fahrendorf, Viloria, Oliphant & Oster L.L.P. ("FVOO"), hereby move the Court for an order extending the time in which Debtors may file their Chapter 12 Plan by thirty (30) days.  This motion is brought pursuant to 11 USC § 1221 and Fed.R.Bank.P 9006(b)(1).  This motion is based upon the Declaration of Scott F. Gilles, Esq. In Support of the Ex-Parte Motion for an Extension of Time to File Debtors' Chapter 12 Plan ("Declaration"), filed contemporaneously herewith, the verbal consent of the Chapter 12 Trustee Nelson Enmark, the following points and authorities and all pleadings and papers on file herein.

/ / /

/ / /

/ / /

308485                                                                -1-

# POINTS AND AUTHORITIES

Debtors' undersigned counsel of record, Scott F. Gilles, Esq., will no longer be employed by FVOO, effective January 21, 2011.  FVOO does not employ any other attorneys who regularly practice bankruptcy law or are otherwise experienced and suited to take over representation of this Chapter 12 proceeding.  Debtors were informed of the transition on January 10, 2011, and FVOO and the undersigned are diligently coordinating with Debtors to obtain substitute counsel who will be able to effectively and efficiently guide the Debtors through these proceedings.

Section 1221 grants the court power to extend a debtor's deadline for filing a plan under this chapter "if the need for an extension is attributable to circumstances for which the debtor should not justly be held accountable."  Such is the situation in the instant case.  Fed.R.Bank.P 9006(b)(1) authorizes the Court to enlarge the timeline for filing a Chapter 12 plan without notice, to wit:

(b) Enlargement.

(1) In general.

Except as provided in paragraphs (2) and (3) of this subdivision, when an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, <u>the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed</u> or as extended by a previous order or (2) on motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect. [Emphasis added]

Furthermore, the Chapter 12 Trustee, Nelson Enmark, has verbally communicated to the undersigned that he has no objection to a thirty (30) day extension for Debtors to file their Chapter 12 Plan in light of the need to substitute in new counsel.

Denying this request for an extension would place an unreasonable burden on the Debtors and their future counsel to meet the present filing plan deadline of January 25, 2011.  The circumstances presented here are beyond the Debtor's control and the extension request is not

308485                                                      -2-

unjustified nor will it prejudice the interests of the creditors. As such, a thirty (30) day extension should be granted.

WHEREFORE, the Debtors respectfully request that they be granted a thirty (30) day extension to file their proposed Chapter 12 Plan, in accordance with 11 USC §1221.

**DATED** this 20th day of January, 2011.

        FAHRENDORF, VILORIA,
          OLIPHANT & OSTER L.L.P.


By:    /s/ Scott Gilles
       Scott F. Gilles, Esq.
       Nevada Bar No. 9035
       Counsel of Record for Debtors

308485    -3-

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the law firm of FAHRENDORF, VILORIA, OLIPHANT & OSTER L.L.P., over the age of 18 and not party to the action herein, and that on the date shown below, I caused service of a true and correct copy of the attached:

**EX-PARTE MOTION FOR AN EXTENSION OF TIME TO FILE DEBTORS' CHAPTER 12 PLAN**

to be completed through electronic service through the U.S. Bankruptcy Court's ECF Filing System to the following:

> LOUIS M. BUBALA on behalf of Creditor Farm Credit Leasing Services Corporation
> lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com
>
> M NELSON ENMARK
> nenmark.trustee@gmail.com
>
> BRIAN R. IRVINE on behalf of Creditor TRI-STATE LIVESTOCK CREDIT CORP
> BIRVINE@JONESVARGAS.COM, l-b@jonesvargas.com
>
> STEFANIE T. SHARP on behalf of Creditor NEVADA STATE BANK
> ssharp@rbslattys.com, hdericco@rbslattys.com
>
> AMY N. TIRRE on behalf of Creditor TRI-STATE LIVESTOCK CREDIT CORP
> amy@amytirrelaw.com, admin@amytirrelaw.com

and by first-class U.S. Mail, postage pre-paid and addressed as on the attached mailing matrix.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 20th day of January, 2011

/s/ Jennifer Starley
Jennifer Starley, Declarant

308485                                    -4-

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-3<br>Case 10-54234-gwz<br>District of Nevada<br>Reno<br>Wed Jan 19 14:58:29 PST 2011 | Farm Credit Leasing Services Corporation<br>c/o Louis Bubala III<br>Armstrong Teasdale<br>50 W. Liberty St., Suite 950<br>Reno, NV 89501-1979 | TRI-STATE LIVESTOCK CREDIT CORP<br>c/o LAW OFFICES OF AMY N. TIRRE, APC<br>3715 LAKESIDE DRIVE, SUITE A<br>RENO, NV 89509-5349 |
| TRI-STATE LIVESTOCK CREDIT CORPORATION<br>c/o BRIAN R. IRVINE / JONES VARGAS<br>PO BOX 281<br>RENO, NV 89504-0281 | United States Bankruptcy Court<br>300 Booth Street<br>Reno, NV 89509-1360 | Armstrong Teasdale LLP<br>c/o: Janet Chubb, Esq.<br>50 West Liberty Street, Suite 950<br>Reno, NV 89501-1979 |
| BRIAN R. IRVINE, ESQ.<br>POB 281<br>RENO, NV 89504-0281 | Bank of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410-8119 | Bennett H. Goldstein<br>1132 SW 19th Ave #106<br>Portland, OR 97205-1742 |
| Bk Of Amer<br>4060 Ogletown-stanton Rd<br>Newark, DE 19713 | COMMUNITY BANK<br>204 EAST MAIN STREET<br>HERMISTON, OR 97838-1840 | COMMUNITY BANK<br>504 EAST MAIN STREET<br>HERMISTON, OR 97838 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | (c)CBE GROUP<br>131 TOWER PARK DR STE 100<br>WATERLOO IA 50701-9588 |
| Chapter 12 Trustee<br>M. Nelson Enmark<br>3447 W. Shaw Avenue<br>Suite A<br>Fresno, CA 93711-3204 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 |
| (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 | Dept. of Employment, Training & Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713-0002 | Farm Credit Leasing Services Corp.<br>Attn: Kathy Schiroo<br>600 Hwy 169, Suite 300<br>Minneapolis, MN 55426-1246 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Nevada Department of Taxation, Bankruptcy Se<br>4600 Kietzke Ln., Suite L-235<br>Reno, NV 89502-5045 | Nevada State Bank<br>475 Railroad Street<br>Elko, NV 89801-3717 |
| State of Nevada Dept. of Motor Vehicles<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, Nevada 89711-0001 | Stewart Title<br>c/o: Colleen Memeo<br>810 Idaho Street<br>Elko, Nevada 89801-3826 | Tri-State Livestock Credit<br>2880 Sunrise Blvd. #224<br>Rancho Cordova, CA 95742-6102 |
| WELLS FARGO EQUIPMENT FINANCE, INC.<br>ATTN: MELISSA HARRIS<br>1540 W. FOUNTAINHEAD PKWY<br>TEMPE, AZ 85282-1839 | Wells Fargo<br>P.o.box 29704<br>Phoenix, AZ 85038-9704 | Wells Fargo Bank<br>Bankruptcy Dept.<br>3201 N. 4th Ave.<br>Sioux Falls, SD 57104-0700 |

| | | |
|---|---|---|
| Wells Fargo Bank, N.A.<br>Wells Fargo Auto Finance<br>Attn: MAC S4015-01T<br>PO Box 29706<br>Phoenix, AZ 85038-9706 | Wells Fargo Equipment Finance<br>1590 Star Way<br>Reno, NV 89511-8690 | Wells Fargo Equipment Finance<br>Bankruptcy Dept.<br>1540 W Fountainhead Pkwy<br>Tempe, AZ 85282-1839 |
| White Pine County Tax Assessor<br>955 Campton Street<br>Ely, NV 89301-1966 | Zions Managment Srvc C<br>2185 S 3270 W<br>Salt Lake City, UT 84119-1109 | CARLEEN J WEST<br>HC33 BOX 336600<br>ELY, NV 89301 |
| JAMES A WEST<br>HC33 BOX 336600<br>ELY, NV 89301 | M NELSON ENMARK<br>3855 N. WEST AVENUE, STE 108<br>FRESNO, CA 93705-2759 | SCOTT F. GILLES<br>FAHRENDORF, VILORIA, OLIPHANT & OSTER<br>327 CALIFORNIA AVENUE<br>RENO, NV 89509-1645 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cap One<br>Po Box 85015<br>Richmond, VA 23285 | Chrysler Financial<br>27777 Franklin Rd<br>Southfield, MI 48034 | Internal Revenue Service<br>110 City Parkway<br>Las Vegas, NV 89106<br>MS/5028 Insolvency |

(d)Internal Revenue Service
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Cbe Group
131 Towe Park Dr Suite 1
Waterloo, IA 50702

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)NEVADA STATE BANK | (d)Community Bank<br>204 East Main Street<br>Hermiston, OR 97838-1840 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     2<br>Total                  40 |