Scott F. Gilles, Esq.
Nevada Bar No. 9035
FAHRENDORF, VILORIA,
   OLIPHANT & OSTER L.L.P.
P.O. Box 3677
Reno, Nevada 89505
(775) 348-9999
**Attorneys for Debtors**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

   JAMES A. WEST, aka JIM WEST, and
   CARLEEN J. WEST,
   dba SWEET WATER FARM,

Debtors-in-Possession.

Case No: 10-54234

Chapter: 12

**DECLARATION OF SCOTT F. GILLES, ESQ. IN SUPPORT OF EX-PARTE MOTION FOR AN EXTENSION OF TIME TO FILE DEBTORS' CHAPTER 12 PLAN**

I, Scott F. Gilles, Esq., declare under penalty of perjury as follows:

1. I am admitted to and in good standing with the State Bar of Nevada, and I am a member of the law firm Fahrendorf, Viloria, Oliphant & Oster, L.L.P. ("FVOO").

2. I will no longer be employed by FVOO effective January 21, 2011.

3. FVOO does not employ any other attorneys who are experienced and suited to take over representation of this Chapter 12 proceeding.

4. The Chapter 12 Trustee, Nelson Enmark, has verbally communicated to me that he has no objection to a thirty (30) day extension for Debtors to file their Chapter 12 Plan in light of the need to substitute in new counsel.

320151

-1-

5. The circumstances necessitating the corresponding request for extension are beyond the Debtor's control and the request is not unjustified nor will it prejudice the interests of the creditors.

I declare under penalty of perjury that the foregoing is true and correct and am competent to testify if called upon.

DATED this 20th day of January, 2011.

                FAHRENDORF, VILORIA,
                  OLIPHANT & OSTER L.L.P.

By: /s/ Scott Gilles
     Scott F. Gilles, Esq.
     Nevada Bar No. 9035
     Counsel of Record for Debtors

FAHRENDORF, VILORIA, OLIPHANT & OSTER L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
Office: (775) 348-9999  Fax: (775) 348-0540
P. O. Box 3677 ~ Reno, Nevada 89505
327 California Avenue ~ Reno, Nevada 89509

320151    -2-

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the law firm of FAHRENDORF, VILORIA, OLIPHANT & OSTER L.L.P., over the age of 18 and not party to the action herein, and that on the date shown below, I caused service of a true and correct copy of the attached:

**EX-PARTE MOTION FOR AN EXTENSION OF TIME TO FILE DEBTORS' CHAPTER 12 PLAN**

to be completed through electronic service through the U.S. Bankruptcy Court's ECF Filing System to the following:

LOUIS M. BUBALA on behalf of Creditor Farm Credit Leasing Services Corporation
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

M NELSON ENMARK
nenmark.trustee@gmail.com

BRIAN R. IRVINE on behalf of Creditor TRI-STATE LIVESTOCK CREDIT CORP
BIRVINE@JONESVARGAS.COM, l-b@jonesvargas.com

STEFANIE T. SHARP on behalf of Creditor NEVADA STATE BANK
ssharp@rbslattys.com, hdericco@rbslattys.com

AMY N. TIRRE on behalf of Creditor TRI-STATE LIVESTOCK CREDIT CORP
amy@amytirrelaw.com, admin@amytirrelaw.com

and by first-class U.S. Mail, postage pre-paid and addressed as on the attached mailing matrix.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 20th day of January, 2011

                                            /s/ Jennifer Starley
                                            Jennifer Starley, Declarant

320151  -3-

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-3<br>Case 10-54234-gwz<br>District of Nevada<br>Reno<br>Wed Jan 19 14:58:29 PST 2011 | Farm Credit Leasing Services Corporation<br>c/o Louis Bubala III<br>Armstrong Teasdale<br>50 W. Liberty St., Suite 950<br>Reno, NV 89501-1979 | TRI-STATE LIVESTOCK CREDIT CORP<br>c/o LAW OFFICES OF AMY N. TIRRE, APC<br>3715 LAKESIDE DRIVE, SUITE A<br>RENO, NV 89509-5349 |
| TRI-STATE LIVESTOCK CREDIT CORPORATION<br>c/o BRIAN R. IRVINE / JONES VARGAS<br>PO BOX 281<br>RENO, NV 89504-0281 | United States Bankruptcy Court<br>300 Booth Street<br>Reno, NV 89509-1360 | Armstrong Teasdale LLP<br>c/o: Janet Chubb, Esq.<br>50 West Liberty Street, Suite 950<br>Reno, NV 89501-1979 |
| BRIAN R. IRVINE, ESQ.<br>POB 281<br>RENO, NV 89504-0281 | Bank of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410-8119 | Bennett H. Goldstein<br>1132 SW 19th Ave #106<br>Portland, OR 97205-1742 |
| Bk Of Amer<br>4060 Ogletown-stanton Rd<br>Newark, DE  19713 | COMMUNITY BANK<br>204 EAST MAIN STREET<br>HERMISTON, OR 97838-1840 | COMMUNITY BANK<br>504 EAST MAIN STREET<br>HERMISTON, OR 97838 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | (c)CBE GROUP<br>131 TOWER PARK DR STE 100<br>WATERLOO IA  50701-9588 |
| Chapter 12 Trustee<br>M. Nelson Enmark<br>3447 W. Shaw Avenue<br>Suite A<br>Fresno, CA 93711-3204 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 |
| (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 | Dept. of Employment, Training & Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713-0002 | Farm Credit Leasing Services Corp.<br>Attn: Kathy Schiroo<br>600 Hwy 169, Suite 300<br>Minneapolis, MN 55426-1246 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Nevada Department of Taxation, Bankruptcy Se<br>4600 Kietzke Ln., Suite L-235<br>Reno, NV 89502-5045 | Nevada State Bank<br>475 Railroad Street<br>Elko, NV 89801-3717 |
| State of Nevada Dept. of Motor Vehicles<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, Nevada 89711-0001 | Stewart Title<br>c/o: Colleen Memeo<br>810 Idaho Street<br>Elko, Nevada 89801-3826 | Tri-State Livestock Credit<br>2880 Sunrise Blvd. #224<br>Rancho Cordova, CA 95742-6102 |
| WELLS FARGO EQUIPMENT FINANCE, INC.<br>ATTN:  MELISSA HARRIS<br>1540 W. FOUNTAINHEAD PKWY<br>TEMPE, AZ 85282-1839 | Wells Fargo<br>P.o.box 29704<br>Phoenix, AZ 85038-9704 | Wells Fargo Bank<br>Bankruptcy Dept.<br>3201 N. 4th Ave.<br>Sioux Falls, SD 57104-0700 |

| | | |
|---|---|---|
| Wells Fargo Bank, N.A.<br>Wells Fargo Auto Finance<br>Attn: MAC S4015-01T<br>PO Box 29706<br>Phoenix, AZ 85038-9706 | Wells Fargo Equipment Finance<br>1590 Star Way<br>Reno, NV  89511-8690 | Wells Fargo Equipment Finance<br>Bankruptcy Dept.<br>1540 W Fountainhead Pkwy<br>Tempe, AZ 85282-1839 |
| White Pine County Tax Assessor<br>955 Campton Street<br>Ely, NV 89301-1966 | Zions Managment Srvc C<br>2185 S 3270 W<br>Salt Lake City, UT 84119-1109 | CARLEEN J WEST<br>HC33 BOX 336600<br>ELY, NV 89301 |
| JAMES A WEST<br>HC33 BOX 336600<br>ELY, NV 89301 | M NELSON ENMARK<br>3855 N. WEST AVENUE, STE 108<br>FRESNO, CA 93705-2759 | SCOTT F. GILLES<br>FAHRENDORF, VILORIA, OLIPHANT & OSTER<br>327 CALIFORNIA AVENUE<br>RENO, NV 89509-1645 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cap One<br>Po Box 85015<br>Richmond, VA  23285 | Chrysler Financial<br>27777 Franklin Rd<br>Southfield, MI  48034 | Internal Revenue Service<br>110 City Parkway<br>Las Vegas, NV  89106<br>MS/5028 Insolvency |
| (d)Internal Revenue Service<br>P.O. Box 21126<br>DPN 781<br>Philadelphia, PA 19114 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Cbe Group
131 Towe Park Dr Suite 1
Waterloo, IA  50702

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)NEVADA STATE BANK | (d)Community Bank<br>204 East Main Street<br>Hermiston, OR 97838-1840 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     2<br>Total                  40 |