**Entered on Docket
January 21, 2011**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | |
| JAMES A. WEST, aka JIM WEST, and CARLEEN J. WEST, | Case No: 10-54234 |
| dba SWEET WATER FARM, | Chapter: 12 |
| | **ORDER GRANTING AN EXTENSION OF TIME TO FILE DEBTORS' CHAPTER 12 PLAN** |
| Debtors-in-Possession. | |

Upon consideration of the Ex-Parte Motion for an Extension of Time to File Debtors' Chapter 12 Plan [Doc. 29] and the supporting declaration of Scott F. Gilles, Esq. [Doc. 30], and pursuant to 11 USC § 1221, Fed.R.Bank.P. Rule 9006 and LR 9006, and it appearing from those documents that good cause exists;

///

///

///

IT IS HEREBY ORDERED that the Debtors are granted a thirty (30) day extension of time in which they may file a chapter 12 plan..

Submitted by:

FAHRENDORF, VILORIA,
  OLIPHANT & OSTER L.L.P.


 /s/ Scott Gilles
Scott F. Gilles, Esq.
Nevada Bar No. 9035
P.O. Box 3677
Reno, Nevada  89505
(775) 348-9999
**Counsel of Record for Debtors**


**IT IS SO ORDERED.**

###