**Entered on Docket
January 21, 2011**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | |
| JAMES A. WEST, aka JIM WEST, and CARLEEN J. WEST, | Case No: 10-54234 |
| dba SWEET WATER FARM, | Chapter: 12 |
| | **ORDER GRANTING AN EXTENSION OF TIME TO FILE DEBTORS' CHAPTER 12 PLAN** |
| Debtors-in-Possession. | |

Upon consideration of the Ex-Parte Motion for an Extension of Time to File Debtors' Chapter 12 Plan [Doc. 29] and the supporting declaration of Scott F. Gilles, Esq. [Doc. 30], and pursuant to 11 USC § 1221, Fed.R.Bank.P. Rule 9006 and LR 9006, and it appearing from those documents that good cause exists;

///

///

///

1  IT IS HEREBY ORDERED that the Debtors are granted a thirty (30) day extension of time
2  in which they may file a chapter 12 plan..
3  Submitted by:

4  FAHRENDORF, VILORIA,
5    OLIPHANT & OSTER L.L.P.

6

7    /s/ Scott Gilles               
Scott F. Gilles, Esq.
Nevada Bar No. 9035
8  P.O. Box 3677
9  Reno, Nevada 89505
(775) 348-9999
10  **Counsel of Record for Debtors**

11

12  **IT IS SO ORDERED.**

###

# CERTIFICATE OF NOTICE

```
District/off: 0978-3           User: wenszellg              Page 1 of 1                  Date Rcvd: Jan 21, 2011
Case: 10-54234                 Form ID: pdf984              Total Noticed: 10

The following entities were noticed by first class mail on Jan 23, 2011.
db/jdb          JAMES A WEST,    CARLEEN J WEST,    HC33 BOX 336600,    ELY, NV  89301
ust            +ANTONIA DARLING,    300 LAS VEGAS BLVD., SO. #4300,    LAS VEGAS, NV  89101-5803
cr             +Farm Credit Leasing Services Corporation,    c/o Louis Bubala III,   Armstrong Teasdale,
                 50 W. Liberty St., Suite 950,    Reno, NV 89501-1979,    US
cr             +TRI-STATE LIVESTOCK CREDIT CORP,    c/o LAW OFFICES OF AMY N. TIRRE, APC,
                 3715 LAKESIDE DRIVE, SUITE A,    RENO, NV  89509-5349
cr             +TRI-STATE LIVESTOCK CREDIT CORPORATION,    c/o BRIAN R. IRVINE  / JONES VARGAS,    PO BOX 281,
                 RENO, NV  89504-0281
The following entities were noticed by electronic transmission on Jan 22, 2011.
ust            +E-mail/Text: ustpregion17.sf.ecf@usdoj.gov                             AUGUST B. LANDIS,
                 OFFICE OF UST FOR REGION 17,    235 PINE STREET, ROOM 700,    SAN FRANCISCO, CA 94104-2736
ust            +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov                             J MICHAL BLOOM,
                 300 LAS VEGAS BLVD S #4300,    LAS VEGAS, NV 89101-5803
ust             E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov                             NICHOLAS STROZZA,
                 300 BOOTH ST RM 2129,    RENO, NV  89509
ust            +E-mail/Text: scott.a.farrow@usdoj.gov                                  SCOTT ANDREW FARROW,
                 DEPT OF JUSTICE, OFFICE OF US TRUSTEE,    300 LAS VEGAS BLVD., SO.,    LAS VEGAS, NV 89101-5833
ust             E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov                             WILLIAM B COSSITT,
                 U.S. TRUSTEE'S OFFICE,    300 BOOTH ST #2129,    RENO, NV  89509
                                                                                                 TOTAL: 5

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NEVADA STATE BANK
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 23, 2011**                    Signature:    _Joseph Speetjens_