Raymond E. Oster, Esq.
Nevada Bar No. 6079
FAHRENDORF, VILORIA,
   OLIPHANT & OSTER L.L.P.
327 California Avenue
Reno, NV 89509
(775) 348-9999
bankruptcy@renonvlaw.com
**Attorneys for Debtors**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>JAMES A. WEST, aka JIM WEST, and<br>CARLEEN J. WEST,<br>dba SWEET WATER FARM,<br><br><br><br>Debtors-in-Possession. | Case No: 10-54234<br><br>Chapter: 12<br><br>**NOTICE OF ENTRY OF ORDER**<br><br><br><br>[No Hearing] |

    PLEASE TAKE NOTICE that on January 21, 2011 the Order Granting an Extension of Time to File Debtors' Chapter 12 Plan [Doc. 31] was entered in the above-captioned case. A copy of said order is attached hereto and incorporated herein by reference.

    **DATED** this 26th day of January, 2011.

                                              FAHRENDORF, VILORIA,
                                                  OLIPHANT & OSTER L.L.P.

                                            By: /s/ Raymond Oster
                                               Raymond E. Oster, Esq.
                                               Nevada Bar No. 6079
                                               **Attorneys for Debtors**

321405

**Entered on Docket
January 21, 2011**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | |
| JAMES A. WEST, aka JIM WEST, and CARLEEN J. WEST, dba SWEET WATER FARM, | Case No: 10-54234 |
| | Chapter: 12 |
| | **ORDER GRANTING AN EXTENSION OF TIME TO FILE DEBTORS' CHAPTER 12 PLAN** |
| Debtors-in-Possession. | |

Upon consideration of the Ex-Parte Motion for an Extension of Time to File Debtors' Chapter 12 Plan [Doc. 29] and the supporting declaration of Scott F. Gilles, Esq. [Doc. 30], and pursuant to 11 USC § 1221, Fed.R.Bank.P. Rule 9006 and LR 9006, and it appearing from those documents that good cause exists;

///

///

///

1     IT IS HEREBY ORDERED that the Debtors are granted a thirty (30) day extension of time

2 in which they may file a chapter 12 plan..

3     Submitted by:

4     FAHRENDORF, VILORIA,
5       OLIPHANT & OSTER L.L.P.

6

7      /s/ Scott Gilles
    Scott F. Gilles, Esq.
    Nevada Bar No. 9035
8     P.O. Box 3677
9     Reno, Nevada 89505
    (775) 348-9999
10     **Counsel of Record for Debtors**

11

12     **IT IS SO ORDERED.**

    ###

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the law firm of FAHRENDORF, VILORIA, OLIPHANT & OSTER L.L.P., over the age of eighteen and not party to this action, and that on the date shown below, I caused service of a true and correct copy of the attached:

## NOTICE OF ENTRY OF ORDER

to be completed through electronic service through the U.S. Bankruptcy Court's ECF Filing System to the following:

> LOUIS M. BUBALA on behalf of Creditor Farm Credit Leasing Services Corporation
> lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com
>
> TRSUTEE M NELSON ENMARK
> nenmark.trustee@gmail.com
>
> BRIAN R. IRVINE on behalf of Creditor TRI-STATE LIVESTOCK CREDIT CORP
> BIRVINE@JONESVARGAS.COM, l-b@jonesvargas.com
>
> STEFANIE T. SHARP on behalf of Creditor NEVADA STATE BANK
> ssharp@rbsllaw.com, hdericco@rbsllaw.com
>
> AMY N. TIRRE on behalf of Creditor TRI-STATE LIVESTOCK CREDIT CORP
> amy@amytirrelaw.com, admin@amytirrelaw.com

and by depositing for mailing in the U.S. mail with sufficient postage affixed thereto and addressed as follows on the attached mailing matrix.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 26TH day of January, 2011.

/s/ Jennifer Starley
Jennifer Starley, Declarant

321405                                    -2-

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-3<br>Case 10-54234-gwz<br>District of Nevada<br>Reno<br>Wed Jan 26 09:36:25 PST 2011 | Farm Credit Leasing Services Corporation<br>c/o Louis Bubala III<br>Armstrong Teasdale<br>50 W. Liberty St., Suite 950<br>Reno, NV 89501-1979 | TRI-STATE LIVESTOCK CREDIT CORP<br>c/o LAW OFFICES OF AMY N. TIRRE, APC<br>3715 LAKESIDE DRIVE, SUITE A<br>RENO, NV 89509-5349 |
| TRI-STATE LIVESTOCK CREDIT CORPORATION<br>c/o BRIAN R. IRVINE / JONES VARGAS<br>PO BOX 281<br>RENO, NV 89504-0281 | United States Bankruptcy Court<br>300 Booth Street<br>Reno, NV 89509-1360 | Armstrong Teasdale LLP<br>c/o: Janet Chubb, Esq.<br>50 West Liberty Street, Suite 950<br>Reno, NV 89501-1979 |
| BRIAN R. IRVINE, ESQ.<br>POB 281<br>RENO, NV 89504-0281 | Bank of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410-8119 | Bennett H. Goldstein<br>1132 SW 19th Ave #106<br>Portland, OR 97205-1742 |
| Bk Of Amer<br>4060 Ogletown-stanton Rd<br>Newark, DE 19713 | COMMUNITY BANK<br>204 EAST MAIN STREET<br>HERMISTON, OR 97838-1840 | COMMUNITY BANK<br>504 EAST MAIN STREET<br>HERMISTON, OR 97838 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | (c)CBE GROUP<br>131 TOWER PARK DR STE 100<br>WATERLOO IA 50701-9588 |
| Chapter 12 Trustee<br>M. Nelson Enmark<br>3447 W. Shaw Avenue<br>Suite A<br>Fresno, CA 93711-3204 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 |
| (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 | Dept. of Employment, Training & Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713-0002 | Farm Credit Leasing Services Corp.<br>Attn: Kathy Schiroo<br>600 Hwy 169, Suite 300<br>Minneapolis, MN 55426-1246 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Michael Hanley, VP, Nevada State Bank<br>400 N. Green Valley Pkwy, 2nd Floor<br>Henderson, NV 89074-7706 | Nevada Department of Taxation, Bankruptcy Se<br>4600 Kietzke Ln., Suite L-235<br>Reno, NV 89502-5045 |
| Nevada State Bank<br>475 Railroad Street<br>Elko, NV 89801-3717 | State of Nevada Dept. of Motor Vehicles<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, Nevada 89711-0001 | Stewart Title<br>c/o: Colleen Memeo<br>810 Idaho Street<br>Elko, Nevada 89801-3826 |
| Tri-State Livestock Credit<br>2880 Sunrise Blvd. #224<br>Rancho Cordova, CA 95742-6102 | WELLS FARGO EQUIPMENT FINANCE, INC.<br>ATTN: MELISSA HARRIS<br>1540 W. FOUNTAINHEAD PKWY<br>TEMPE, AZ 85282-1839 | Wells Fargo<br>P.o.box 29704<br>Phoenix, AZ 85038-9704 |

| | | |
|---|---|---|
| Wells Fargo Bank<br>Bankruptcy Dept.<br>3201 N. 4th Ave.<br>Sioux Falls, SD 57104-0700 | Wells Fargo Bank, N.A.<br>Wells Fargo Auto Finance<br>Attn: MAC S4015-01T<br>PO Box 29706<br>Phoenix, AZ 85038-9706 | Wells Fargo Equipment Finance<br>1590 Star Way<br>Reno, NV 89511-8690 |
| Wells Fargo Equipment Finance<br>Bankruptcy Dept.<br>1540 W Fountainhead Pkwy<br>Tempe, AZ 85282-1839 | White Pine County Tax Assessor<br>955 Campton Street<br>Ely, NV 89301-1966 | Zions Managment Srvc C<br>2185 S 3270 W<br>Salt Lake City, UT 84119-1109 |
| CARLEEN J WEST<br>HC33 BOX 336600<br>ELY, NV 89301 | JAMES A WEST<br>HC33 BOX 336600<br>ELY, NV 89301 | M NELSON ENMARK<br>3855 N. WEST AVENUE, STE 108<br>FRESNO, CA 93705-2759 |
| SCOTT F. GILLES<br>FAHRENDORF, VILORIA, OLIPHANT & OSTER<br>327 CALIFORNIA AVENUE<br>RENO, NV 89509-1645 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cap One<br>Po Box 85015<br>Richmond, VA 23285 | Chrysler Financial<br>27777 Franklin Rd<br>Southfield, MI 48034 | Internal Revenue Service<br>110 City Parkway<br>Las Vegas, NV 89106<br>MS/5028 Insolvency |
| (d)Internal Revenue Service<br>P.O. Box 21126<br>DPN 781<br>Philadelphia, PA 19114 | | |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Cbe Group
131 Towe Park Dr Suite 1
Waterloo, IA 50702

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)NEVADA STATE BANK          (d)Community Bank              End of Label Matrix
                              204 East Main Street           Mailable recipients    39
                              Hermiston, OR 97838-1840       Bypassed recipients     2
                                                             Total                  41
```