**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>JAMES A. WEST, aka JIM WEST, and CARLEEN J. WEST,<br>dba SWEET WATER FARM,<br><br><br><br>Debtors-in-Possession. | Case No: 10-54234<br><br>Chapter: 12<br><br>**STIPULATION TO SUBSTITUTE DEBTORS' GENERAL COUNSEL PURSUANT TO LR 2014**<br><br>**[No hearing required.]** |

Debtors-in-possession, JAMES A. WEST and CARLEEN J. WEST, doing business as SWEET WATER FARM ("Debtors"), hereby substitute WHITE LAW CHARTERED ("WLC") as counsel of record in the above-captioned matter in the place and stead of FAHRENDORF, VILORIA, OLIPHANT & OSTER, L.L.P. ("FVOO"). Debtors consent to and request leave that their remaining retainer (accounting for a future first and final fee application) held in trust by FVOO be transferred to WLC upon entry of this order.

**DATED** this 31ST day of January, 2011.

/s/ Jim West                                   /s/ Carleen West
Debtor James A. West                    Joint Debtor Carleen West

///
///
///

SCOTT F. GILLES, ESQ. of the firm FAHRENDORF, VILORIA, OLIPHANT & OSTER, L.L.P. hereby consents to this substitution of counsel.

**DATED** this 19th day of January, 2011.

                                    FAHRENDORF, VILORIA,
                                       OLIPHANT & OSTER L.L.P.

                              By:  /s/ Scott Gilles
                                  Scott F. Gilles, Esq.
                                  Nevada Bar No. 9035
                                  327 California Avenue
                                  Reno, NV 89509
                                  (775) 348-9999
                                  bankruptcy@renonvlaw.com

JOHN WHITE, ESQ. of the firm WHITE LAW CHARTERED hereby agrees to be substituted as Debtors' general counsel in this matter.

**DATED** this 31ST day of January, 2011.

                                    WHITE LAW CHARTERED

                              By:  /s/ John White
                                  John White, Esq.
                                  Nevada Bar No. 1741
                                  335 West First Street
                                  Reno, NV 89503
                                  (775) 322-8000
                                  john@whitelawchartered.com

# **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the law firm of FAHRENDORF, VILORIA, OLIPHANT & OSTER L.L.P., over the age of 18 and not party to the action herein, and that on the date shown below, I caused service of a true and correct copy of the attached:

**STIPULATION TO SUBSTITUTE DEBTORS' GENERAL COUNSEL PURSUANT TO LR 2014 [AND PROPOSED ORDER]**

to be completed through electronic service through the U.S. Bankruptcy Court's ECF Filing System to the following:

  LOUIS M. BUBALA on behalf of Creditor Farm Credit Leasing Services Corporation
  lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

  M NELSON ENMARK
  nenmark.trustee@gmail.com

  BRIAN R. IRVINE on behalf of Creditor TRI-STATE LIVESTOCK CREDIT CORP
  BIRVINE@JONESVARGAS.COM, l-b@jonesvargas.com

  STEFANIE T. SHARP on behalf of Creditor NEVADA STATE BANK
  ssharp@rbslattys.com, hdericco@rbslattys.com

  AMY N. TIRRE on behalf of Creditor TRI-STATE LIVESTOCK CREDIT CORP
  amy@amytirrelaw.com, admin@amytirrelaw.com

and by first-class U.S. Mail, postage pre-paid and addressed as on the attached mailing matrix and to:

  WHITE LAW CHARTERED
  John White, Esq.
  335 West First Street
  Reno, NV 89503

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 31ST day of January, 2011

  /s/ Jennifer Starley
  Jennifer Starley, Declarant

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-3<br>Case 10-54234-gwz<br>District of Nevada<br>Reno<br>Mon Jan 31 15:48:40 PST 2011 | Farm Credit Leasing Services Corporation<br>c/o Louis Bubala III<br>Armstrong Teasdale<br>50 W. Liberty St., Suite 950<br>Reno, NV 89501-1979 | TRI-STATE LIVESTOCK CREDIT CORP<br>c/o LAW OFFICES OF AMY N. TIRRE, APC<br>3715 LAKESIDE DRIVE, SUITE A<br>RENO, NV 89509-5349 |
| TRI-STATE LIVESTOCK CREDIT CORPORATION<br>c/o BRIAN R. IRVINE / JONES VARGAS<br>PO BOX 281<br>RENO, NV 89504-0281 | United States Bankruptcy Court<br>300 Booth Street<br>Reno, NV 89509-1360 | Armstrong Teasdale LLP<br>c/o: Janet Chubb, Esq.<br>50 West Liberty Street, Suite 950<br>Reno, NV 89501-1979 |
| BRIAN R. IRVINE, ESQ.<br>POB 281<br>RENO, NV 89504-0281 | Bank of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410-8119 | Bennett H. Goldstein<br>1132 SW 19th Ave #106<br>Portland, OR 97205-1742 |
| Bk Of Amer<br>4060 Ogletown-stanton Rd<br>Newark, DE 19713 | COMMUNITY BANK<br>204 EAST MAIN STREET<br>HERMISTON, OR 97838-1840 | COMMUNITY BANK<br>504 EAST MAIN STREET<br>HERMISTON, OR 97838 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | (c)CBE GROUP<br>131 TOWER PARK DR STE 100<br>WATERLOO IA 50701-9374 |
| Chapter 12 Trustee<br>M. Nelson Enmark<br>3447 W. Shaw Avenue<br>Suite A<br>Fresno, CA 93711-3204 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 |
| (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 | Dept. of Employment, Training & Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713-0002 | Farm Credit Leasing Services Corp.<br>Attn: Kathy Schiroo<br>600 Hwy 169, Suite 300<br>Minneapolis, MN 55426-1246 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Michael Hanley, VP, Nevada State Bank<br>400 N. Green Valley Pkwy, 2nd Floor<br>Henderson, NV 89074-7706 | Nevada Department of Taxation, Bankruptcy Se<br>4600 Kietzke Ln., Suite L-235<br>Reno, NV 89502-5045 |
| Nevada State Bank<br>475 Railroad Street<br>Elko, NV 89801-3717 | State of Nevada Dept. of Motor Vehicles<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, Nevada 89711-0001 | Stewart Title<br>c/o: Colleen Memeo<br>810 Idaho Street<br>Elko, Nevada 89801-3826 |
| Tri-State Livestock Credit<br>2880 Sunrise Blvd. #224<br>Rancho Cordova, CA 95742-6102 | WELLS FARGO EQUIPMENT FINANCE, INC.<br>ATTN: MELISSA HARRIS<br>1540 W. FOUNTAINHEAD PKWY<br>TEMPE, AZ 85282-1839 | Wells Fargo<br>P.o.box 29704<br>Phoenix, AZ 85038-9704 |

| | | |
|---|---|---|
| Wells Fargo Bank<br>Bankruptcy Dept.<br>3201 N. 4th Ave.<br>Sioux Falls, SD 57104-0700 | Wells Fargo Bank, N.A.<br>Wells Fargo Auto Finance<br>Attn: MAC S4015-01T<br>PO Box 29706<br>Phoenix, AZ 85038-9706 | Wells Fargo Equipment Finance<br>1590 Star Way<br>Reno, NV 89511-8690 |
| Wells Fargo Equipment Finance<br>Bankruptcy Dept.<br>1540 W Fountainhead Pkwy<br>Tempe, AZ 85282-1839 | White Pine County Tax Assessor<br>955 Campton Street<br>Ely, NV 89301-1966 | Zions Managment Srvc C<br>2185 S 3270 W<br>Salt Lake City, UT 84119-1109 |
| CARLEEN J WEST<br>HC33 BOX 336600<br>ELY, NV 89301 | JAMES A WEST<br>HC33 BOX 336600<br>ELY, NV 89301 | M NELSON ENMARK<br>3855 N. WEST AVENUE, STE 108<br>FRESNO, CA 93705-2759 |
| SCOTT F. GILLES<br>FAHRENDORF, VILORIA, OLIPHANT & OSTER<br>327 CALIFORNIA AVENUE<br>RENO, NV 89509-1645 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cap One<br>Po Box 85015<br>Richmond, VA 23285 | Chrysler Financial<br>27777 Franklin Rd<br>Southfield, MI 48034 | Internal Revenue Service<br>110 City Parkway<br>Las Vegas, NV 89106<br>MS/5028 Insolvency |
| (d)Internal Revenue Service<br>P.O. Box 21126<br>DPN 781<br>Philadelphia, PA 19114 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Cbe Group
131 Towe Park Dr Suite 1
Waterloo, IA 50702


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

**INDEX OF EXHIBITS**

| **EXHIBIT NO.** | **DESCRIPTION** | **NO. OF PAGES** |
|---|---|---|
| 1 | [Proposed] Order Granting Stipulation to Substitute Debtors' General Counsel Pursuant to LR 2014 | 3 |

320256

# EXHIBIT "1"

# EXHIBIT "1"

320256

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>     JAMES A. WEST, aka JIM WEST, and<br>     CARLEEN J. WEST,<br>     dba SWEET WATER FARM,<br><br><br><br><br><br><br>                    Debtors-in-Possession. | Case No:  10-54234<br><br>Chapter: 12<br><br>**ORDER GRANTING STIPULATION TO SUBSTITUTE DEBTORS' GENERAL COUNSEL PURSUANT TO LR 2014**<br><br>**[No hearing required.]** |

    Pursuant to LR 2014 and the Stipulation to Substitute Debtors' General Counsel [Doc. __] filed January 31, 2011, and it appearing that good cause exists;

    IT IS HEREBY ORDERED that White Law Chartered ("WLC") is substituted as counsel of record for the Debtors in the place and stead of Fahrendorf, Viloria, Oliphant & Oster L.L.P. ("FVOO").  Notices may be addressed as follows:

    WHITE LAW CHARTERED
    c/o: John White, Esq.
    335 West First Street
    Reno, NV 89503

///

1  IT IS FURTHER ORDERED that FVOO refund the Debtors' remaining retainer held in trust (accounting for a future first and final fee application) to be transferred to WLC upon entry of this order.

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:

FAHREDORF, VILORIA,
OLIPHANT & OSTER L.L.P.

/s/ Raymond Oster
Raymond Oster, Esq.
Nevada Bar No. 6079
327 California Avenue
Reno, NV 89509
(775) 348-9999

**IT IS SO ORDERED.**

###