**Entered on Docket
February 01, 2011**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>JAMES A. WEST, aka JIM WEST, and CARLEEN J. WEST,<br>dba SWEET WATER FARM,<br><br><br><br><br>Debtors-in-Possession. | Case No: 10-54234<br><br>Chapter: 12<br><br>**ORDER GRANTING STIPULATION TO SUBSTITUTE DEBTORS' GENERAL COUNSEL PURSUANT TO LR 2014**<br><br>**[No hearing required.]** |

    Pursuant to LR 2014 and the Stipulation to Substitute Debtors' General Counsel [Doc. 34] filed January 31, 2011, and it appearing that good cause exists;

    IT IS HEREBY ORDERED that White Law Chartered ("WLC") is substituted as counsel of record for the Debtors in the place and stead of Fahrendorf, Viloria, Oliphant & Oster L.L.P. ("FVOO"). Notices may be addressed as follows:

    WHITE LAW CHARTERED
    c/o: John White, Esq.
    335 West First Street
    Reno, NV 89503

///

IT IS FURTHER ORDERED that FVOO refund the Debtors' remaining retainer held in trust (accounting for a future first and final fee application) to be transferred to WLC upon entry of this order.

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:

FAHREDORF, VILORIA,
OLIPHANT & OSTER L.L.P.


/s/ Raymond Oster
Raymond Oster, Esq.
Nevada Bar No. 6079
327 California Avenue
Reno, NV 89509
(775) 348-9999

**IT IS SO ORDERED.**

###