

**Entered on Docket**
**February 01, 2011** _____
                                      **Hon. Gregg W. Zive**
                             **United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>  JAMES A. WEST, aka JIM WEST, and<br>CARLEEN J. WEST,<br>  dba SWEET WATER FARM,<br><br><br><br><br><br>                         Debtors-in-Possession. | Case No:  10-54234<br><br>Chapter: 12<br><br>**ORDER GRANTING STIPULATION TO SUBSTITUTE DEBTORS' GENERAL COUNSEL PURSUANT TO LR 2014**<br><br>**[No hearing required.]** |

      Pursuant to LR 2014 and the Stipulation to Substitute Debtors' General Counsel [Doc. 34] filed January 31, 2011, and it appearing that good cause exists;

      IT IS HEREBY ORDERED that White Law Chartered ("WLC") is substituted as counsel of record for the Debtors in the place and stead of Fahrendorf, Viloria, Oliphant & Oster L.L.P. ("FVOO").  Notices may be addressed as follows:

      WHITE LAW CHARTERED
      c/o: John White, Esq.
      335 West First Street
      Reno, NV 89503

///

IT IS FURTHER ORDERED that FVOO refund the Debtors' remaining retainer held in trust (accounting for a future first and final fee application) to be transferred to WLC upon entry of this order.

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:

FAHREDORF, VILORIA,
OLIPHANT & OSTER L.L.P.


/s/ Raymond Oster_____
Raymond Oster, Esq.
Nevada Bar No. 6079
327 California Avenue
Reno, NV 89509
(775) 348-9999

**IT IS SO ORDERED.**

###

# CERTIFICATE OF NOTICE

```
District/off: 0978-3          User: storylm              Page 1 of 1                  Date Rcvd: Feb 01, 2011
Case: 10-54234                Form ID: pdf984            Total Noticed: 11

The following entities were noticed by first class mail on Feb 03, 2011.
db/jdb        JAMES A WEST,    CARLEEN J WEST,    HC33 BOX 336600,    ELY, NV  89301
aty          +WHITE LAW CHARTERED,    White Law Chartered,    335 West First St.,    Reno, NV 89503-5344
ust          +ANTONIA DARLING,    300 LAS VEGAS BLVD., SO. #4300,    LAS VEGAS, NV 89101-5803
cr           +Farm Credit Leasing Services Corporation,    c/o Louis Bubala III,    Armstrong Teasdale,
               50 W. Liberty St., Suite 950,    Reno, NV 89501-1979,    US
cr           +TRI-STATE LIVESTOCK CREDIT CORP,    c/o LAW OFFICES OF AMY N. TIRRE, APC,
               3715 LAKESIDE DRIVE, SUITE A,    RENO, NV 89509-5349
cr           +TRI-STATE LIVESTOCK CREDIT CORPORATION,    c/o BRIAN R. IRVINE  / JONES VARGAS,    PO BOX 281,
               RENO, NV 89504-0281
The following entities were noticed by electronic transmission on Feb 02, 2011.
ust          +E-mail/Text: ustpregion17.sf.ecf@usdoj.gov                           AUGUST B. LANDIS,
               OFFICE OF UST FOR REGION 17,    235 PINE STREET, ROOM 700,    SAN FRANCISCO, CA 94104-2736
ust          +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov                           J MICHAL BLOOM,
               300 LAS VEGAS BLVD S #4300,    LAS VEGAS, NV 89101-5803
ust           E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov                           NICHOLAS STROZZA,
               300 BOOTH ST RM 2129,    RENO, NV  89509
ust          +E-mail/Text: scott.a.farrow@usdoj.gov                                SCOTT ANDREW FARROW,
               DEPT OF JUSTICE, OFFICE OF US TRUSTEE,    300 LAS VEGAS BLVD., SO.,    LAS VEGAS, NV 89101-5833
ust           E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov                           WILLIAM B COSSITT,
               U.S. TRUSTEE'S OFFICE,    300 BOOTH ST #2129,    RENO, NV  89509
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            NEVADA STATE BANK
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2011**          **Signature:** _Joseph Speetjens_