# EXHIBIT 1

Ranch Operation Statement

Table 1. Estimate Revenue and Expenses for Sweetwater Ranch without owned Livestock

| Revenue flow Private lands | | | | Total | Sheep | | Value/ | Total |
|---|---|---|---|---|---|---|---|---|
| Source | Acres | yield | Units | Units | Mo. | AUM | Unit | Value |
| Hay* | 240 | 3.5 | Ton | 840 | | | 125 | $ 105,000 |
| After Math | 240 | 1.5 | AUM | 360 | 1,800 | 360 | 15 | $ 27,000 |
| Pasture | 700 | 0.3 | AUM | 210 | 1,050 | 210 | 15 | $ 3,150 |
| Lambing Sheds | | | Annual | | | | | $ 10,000 |
| Total Revenue** | | | | | | | | $ 145,150 |

| Estimated Essential Expenses | |
|---|---|
| Property Tax | $ 2,500 |
| Labor | $ 8,600 |
| Vehicle payments*** | $ 2,628 |
| Backhoe payments**** | $ 2,526 |
| Repairs and Maintenance | $ 1,500 |
| Fertilizer | $ 5,000 |
| Pesticides | $ 2,500 |
| Fuel, Oil & Lube***** | $ 10,000 |
| Auto Insurance | $ 1,200 |
| Legal and Accounting****** | $ 3,400 |
| Miscellaneous | $ 4,000 |
| Purchase of Ewes and Lambs | $ 101,296 |
| Total Expenses | $ 145,150 |
| | |
| Estimated Net Farm or Disposable Income | -0- |

\* Assumes hay is sold stand with no harvesting costs.
\*\* Assumes BLM AUM potential income would not cover required grazing fees.
\*\*\* $438 per month payment for 6 months.
\*\*\*\* $421 per month for 6 months based on $19.600 principal @ 8% APR for 56 months.
\*\*\*\*\* includes $200 per month vehicle gas and $75 per month propane.
\*\*\*\*\*\* Legal fees subject to court approval.

Definitions used in analysis
After Math is the re-growth of alfalfa used as pasture after 2nd hay cutting.
AUM is the forage or feed required for one cow or five sheep for one month.
Lambing Sheds are structures used for confinement lambing as opposed to range lambing

Table 2. Estimated Revenue and Expenses for Sweetwater Ranch with 500 Ewes*

| Livestock Inventory and Revenue | | | Death | Death | Number | | |
|---|---|---|---|---|---|---|---|
| Type | Number | Units | Loss | Number | Sold | Price** | Value |
| Ewes | 500 | Head | 12% | 60 | 40 | $ 125.00 | $ 5,000 |
| Rams | 12 | Head | 20% | 2 | 2 | $ 175.00 | $ 350 |
| Lambs | 600 | Head | 17% | 100 | 500 | $ 190.00 | $ 95,000 |
| Horses | 2 | Head | | | 0 | | |
| Dogs | 3 | Head | | | 0 | | |
| Wool | | Lbs | | | 6,000 | $ 0.55 | $ 3,300 |
| | | | | | | | |
| Surplus hay Sold*** | | | 772 | 170/ton | | | $ 131,240 |
| Lambing Sheds | | | Annual | | | | $ 10,000 |
| Total Revenue | | | | | | | $ 244,890 |

Estimated Livestock Replacement and Operating Expenses

| | | | |
|---|---|---|---|
| Replacement Ewes | 100 Head $200/hd | | $ 20,000 |
| Replacement Rams | 4 Head $250/hd | | $ 1,000 |

Estimated Operating Expenses

| | |
|---|---|
| Property Tax | $ 2,500 |
| Labor | $ 12,000 |
| Vehicle payments**** | $ 5,256 |
| Backhoe payments***** | $ 5,052 |
| Sprinkler Pivots Lease | $ 16,000 |
| Rental Equipment | $ 16,000 |
| Repairs and Maintenance | $ 2,000 |
| Fertilizer | $ 5,000 |
| Pesticides | $ 2,500 |
| Supplies | $ 5,000 |
| Fuel, Oil & Lube****** | $ 15,000 |
| Transportation | $ 2,500 |
| Marketing | $ 1,800 |
| Shearing | $ 2,250 |
| Vet/Medicine | $ 250 |
| Salt/Minerals | $ 75 |
| BLM Grazing Fees | $ 1,350 |
| Leased Pasture | $ 2,000 |
| Trustee Fee | $ 2,000 |
| Legal and Accounting******* | $ 6,800 |
| Auto Insurance | $ 1,200 |
| Miscellaneous | $ 4,000 |
| Purchase of Ewes and Lambs | $ 113,357 |
| Total Livestock Replacement and Operating Expenses | $ 244,890 |
| | |
| Estimated Net Farm or Disposable Income | -0- |

Table 2 year 2

* Year 2 assumes 500 Ewes and 12 Rams purchased with year 1 disposable income.
** Price of lambs increase as 5 pounds heavier.
*** Assumes hay is harvested with rental or exchange equipment.
**** $438 per month payment for 6 months.
***** $421 per month for 6 months based on $19.600 principal @ 8% APR for 56 months
***** includes $200 per month vehicle gas and $75 per month propane.
******* Legal fees subject to court approval.

Definitions used in analysis
After Math is the re-growth of alfalfa used as pasture after 2nd hay cutting.
AUM is the forage or feed required for one cow or five sheep for one month.
Lambing Sheds are structures used for confinement lambing as opposed to range lambing

Table 3. Estimated Revenue and Expenses for Sweetwater Ranch with 1,000 Ewes*

| Livestock Production and Revenue | | Death Loss | Death Number | Number Sold | Price** | Value |
|---|---|---|---|---|---|---|
| Type | Number | | | | | |
| Ewes | 1,000 | 12% | 120 | 80 | $ 125.00 | $ 10,000 |
| Rams | 24 | 20% | 5 | 4 | $ 175.00 | $ 700 |
| Lambs | 1,200 | 17% | 200 | 1,000 | $ 200.00 | $ 200,000 |
| Horses | 4 | | | | | |
| Dogs | 4 | | | | | |
| Wool lbs | | | | 12,000 | $ 0.50 | $ 6,000 |
| Totals livestock revenue | | | | | | $ 216,700 |
| | | | | | | |
| Surplus hay Sold*** | | 695 | 170/ton | | | $ 118,150 |
| Lambing Sheds | | Annual | | | | $ 10,000 |
| Total Revenue | | | | | | $ 344,850 |

| Estimated Expenses | | | | |
|---|---|---|---|---|
| Replacement Ewes | 200 Head | $200/hd | | $ 40,000 |
| Replacement Rams | 9 Head | $250/hd | | $ 2,250 |
| Estimated Operating Expenses | | | | |
| Property Tax | | | | $ 2,500 |
| Labor | | | | $ 22,000 |
| Vehicle payments**** | | | | $ 5,256 |
| Backhoe payments***** | | | | $ 5,052 |
| Payment to NSB | | | | $ 164,752 |
| Sprinkler Pivots Lease | | | | $ 16,000 |
| Rental Equipment | | | | $ 18,000 |
| Repairs and Maintenance | | | | $ 4,000 |
| Fertilizer | | | | $ 7,000 |
| Pesticides | | | | $ 2,500 |
| Supplies | | | | $ 5,000 |
| Fuel, Oil & Lube****** | | | | $ 18,000 |
| Transportation | | | | $ 2,500 |
| Marketing | | | | $ 1,800 |
| Shearing | | | | $ 2,250 |
| Vet/Medicine | | | | $ 500 |
| Salt/Minerals | | | | $ 150 |
| BLM Grazing Fees | | | | $ 2,700 |
| Leased Pasture | | | | $ 4,000 |
| Camp Supplies | | | | $ 2,000 |
| Dog Food | | | | $ 240 |
| Trustee Fee | | | | $ 2,000 |
| Legal and Accounting | | | | $ 7,200 |
| Auto Insurance | | | | $ 1,200 |
| Miscellaneous | | | | $ 6,000 |
| Total Livestock Replacement and Operating Expenses | | | | $ 344,850 |

Table 3 year 3

    Estimated Net Farm or Disposable Income                                             -0-

\* Year 3 assumes 500 Ewes and 12 Rams purchased with year 2 disposable income
\*\* Price of lambs increase as 5 pounds heavier.
\*\*\* Assumes hay is harvested with rental or exchange equipment.
\*\*\*\* $438 per month payment for 6 months.
\*\*\*\*\* $421 per month for 6 months based on $19.600 principal @ 8% APR for 56 months.
\*\*\*\*\*\* includes $200 per month vehicle gas and $75 per month propane.
\*\*\*\*\*\*\* Legal fees subject to court approval.

Definitions used in analyses
After Math is the re-growth of alfalfa used as pasture after 2nd hay cutting.
AUM is the forage or feed required for one cow or five sheep for one month.
Lambing Sheds are structures used for confinement lambing as opposed to range lamb

Table 4. Summary of Disposable Income with Adjustments for years 4 and 5*

|  | Net Farm or Disposable Income | | | | |
|---|---|---|---|---|---|
|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
| Base $ Amount | $ 101,296 | $ 113,357 | $ 164,752 | $ 164,752 | $ 164,752 |
| Potential Increase | | | | | |
| Hay .25 ton per acre | | | | $ 6,000 | |
| Hay .5 ton per acre | | | | | $ 12,000 |
| Ewes 50 to 100 | | | | $ 5,000 | $ 10,000 |
| Ewes 100 to 200 | | | | | |
| Available Income | $ 101,296 | $ 113,357 | $ 164,752 | $ 175,752 | $ 186,752 |
| Purchase of Ewes and Rams | $ 101,296 | $ 113,357 | | | |
| Payment to NSB | | | $ 164,752 | $ 164,752 | $ 164,752 |
| Disposable Income | -0- | -0- | -0- | $ 11,000 | $ 22,000 |

* Assumptions for years 4 and 5 increased Disposable Income

1. Hay yield will increase by .25 tons per acre in year 4 and .5 tons per acre in year 5 as a result of increased fertilizer used in previous years and more mature plants alfalfa.

2. In year 4 there can be increased carrying capacity for ewes with additional brush clearing and establishing irrigated pasture.

3. The ratio between the price of commodities sold and operating expenses will remain constant.

4. Adequate funds will be available to purchase the additional ewes and rams needed in years 4 and 5. and an additional 40 to 80 acres of pasture improvement.

5. The benefits of increasing the numbers of ewes will the biggest benefit in years 6 and beyond in recognized ranch income.

6. Assumes owner/operator or manager is an experience livestock producer with average or above management capabilities.