**Exhibit 2**
Non-Ranch Income and Expenses

|  | **2011 per month** | **2012 per month** | **2013 per month** | **2014 per month** | **2015 per month** |
|---|---|---|---|---|---|
| **Average Gross Monthly Income (Social Security) $** | 1200 | 1200 | 1200 | 1200 | 1200 |
| **Average Gross Monthly Expenses** |  |  |  |  |  |
| Rent/Mortgage | 0 | 0 | 0 | 0 | 0 |
| clothing | 20 | 20 | 20 | 20 | 20 |
| Health Insurance (Medicare supplemental) | 200 | 200 | 200 | 200 | 200 |
| Home (trailer) maintenance | 100 | 100 | 100 | 100 | 100 |
| Food | 500 | 500 | 500 | 500 | 500 |
| Cell Phone | 100 | 100 | 100 | 100 | 100 |
| Laundry/dry cleaning | 20 | 20 | 20 | 20 | 20 |
| Haircuts, grooming | 20 | 20 | 20 | 20 | 20 |
| Tobacco | 50 | 50 | 50 | 50 | 50 |
| Misc. expenses | 100 | 100 | 100 | 100 | 100 |
| **Total Expenses** | 1160 | 1160 | 1160 | 1160 | 1160 |
| **Disposable non-ranch income (monthly)** | 90 | 90 | 90 | 90 | 90 |