**EXHIBIT 3**
**DISPOSABLE INCOME PROJECTION FOR 5 YEAR PLAN**

|  | **2011** | **2012** | **2013** | **2014** | **2015** |
|---|---|---|---|---|---|
| **Net Ranch disposable Income** | $ 0 | 0 | 0 | 11,000 | 22,000 |
| **Net non-ranch disposable Income** | $ 1080 | 1080 | 1080 | 1080 | 1080 |
| **Attorney Fees** | $ 2500 | 5000 | 5000 | 5000 | 5000 |
| **Proposed Plan Payments to Trustee** | $6872 + 1080 | 26,308 + 1080 | 190,480 + 1080 | 201,480 + 1080 | 212,480 + 1080 |
| **Trustee's fee** | $ 0 | $2000 | $2000 | $2000 | $2000 |
| **Payment to Secured Creditors** | $ 7952 | 27,388 | 191,560 | 191,560 | 191.560 |
| **Payment to Unsecured Priority** | $0 | 0 | 0 | 0 | 0 |
| **Payment to General Unsecured** | $0 | 0 | 0 | 11,000 | 22,000 |