# EXHIBIT 4
## CHAPTER 12 PLAN PAYMENT SCHEDULE
(Payments to be made on December 1 (2011, 2012, 2013, 2014, 2015))

| Creditor | Class | Amount 2011 | Amount 2012 | Amount 2013 | Amount 2014 | Amount 2015 |
|---|---|---|---|---|---|---|
| Nevada State Bank | 1 | 0 | 0 | 164,752 | 164,752 | 164,752 |
| Tri-State Livestock Credit | 2 | 0 | 0 | 0 | 0 | 0 |
| Wells Fargo Bank NA (97 Ford) | 3 | 2,628 | 5,256 | 5,256 | 5,256 | 5,256 |
| Wells Fargo Equipment Finance Inc (backhoe) | 4 | 2,526 | 5,052 | 5,052 | 5,052 | 5,052 |
| General Unsecured | 5 | 0 | 0 | 0 | 11,000 | 22,000 |
| Chapter 12 trustee | none | 0 | 2,000 | 2,000 | 2,000 | 2,000 |
| Administrative Claims | none | 3,400 | 6,800 | 7,200 | 7,200 | 7,200 |