# EXHIBIT 5

DEBTOR'S ANIMAL UNIT MONTHS

USDI-BLM ALLOTMENTS FOR SWEETWATER RANCH for SHEEP

Monthly AUM

| Allotment | Number | Days | Jan | Feb | Mar* | Apr | May | Jun** | Jul | Aug | Sep | Oct | Nov | Dec | Tot AUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Becky Creek | 755 | 15 | | | 377 | | | | | | | | | | 75.4 |
| Becky Creek | 755 | 120 | 755 | 755 | | | | | | | | | 755 | 755 | 604 |
| Lovell Peak | 173 | 92 | | | | | | | 173 | 173 | 173 | | | | 103.8 |
| Whitman Creek | 192 | 273 | 192 | 192 | | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 384 |
| Gold Canyon | 990 | 163 | | | | | | 390 | 990 | 990 | 990 | 990 | 990 | | 1068 |
| Total AUM | | | 947 | 947 | 377 | 192 | 192 | 582 | 1355 | 1355 | 1355 | 1182 | 1937 | 947 | 2235.2 |
| Surplus AUM | | | | | | | | | -315 | -315 | -315 | -142 | -897 | | -396.8 |
| Private AUM | | | 93 | 93 | 663 | 1040 | 848 | 458 | | | | | | 93 | 657.6 |

* 755 head for 15 days March 1-15
** 990 head for 11 days Jun 20-30

Feed from Private land

| | Acres | yield | Units | Prod Mo. | Sheep AUM | Value Unit | Total Value |
|---|---|---|---|---|---|---|---|
| Alfalfa | 240 | 3.5 | Ton | 840 | | 125 | $ 105,000 |
| Hay | | | | 360 | 360 | 11 | $ 19,800 |
| After Math | 240 | 1.5 | AUM | 1800 | | 11 | $ 3,080 |
| | | | AUM | 280 | 280 | | |

| | S days | lb/day | lb/Tot | Tons | | | |
|---|---|---|---|---|---|---|---|
| Private Feed | | | | | | | |
| Total Required | 660 | 3300 | | | | | |
| Aftermath | 360 | 1800 | | | | | |
| Hay | | | 45 | 6000 | 2E+05 | 90 | 125 $ 11,250 |