John White, Esq.  
White Law Chartered  
335 West First Street  
Reno, NV 89503  
775-322-8000  
775-322-1228 (Fax)  
john@whitelawchartered.com  
Counsel for Debtors

E-filed on March 23, 2011

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO. BK-N-10-54234-gwz |
| JAMES WEST, aka JIM WEST, and CARLEEN J. WEST, dba SWEET WATER RANCH, | Chapter 12 |
| | STIPULATION TO CONTINUE HEARING ON CONFIRMATION OF DEBTORS' CHAPTER 12 PLAN |
| | Hearing Date: April 11, 2011 |
| | Hearing Time: 2:00 P.M. |
| Debtors-in-possession | Estimated Time: 1 Hour |

Debtors filed their Chapter 12 Plan in this case on February 24, 2011. It is set for hearing on April 11, 2011, at 2:00 p.m., being within the 45 day period permitted for plan confirmation by 11 U.S.C. Sec. 1224. The parties hereto, by counsel, stipulate that the hearing on the confirmation of Debtors' Chapter 12 Plan of Reorganization be continued for a period of sixty (60) days from April 11, 2011, or as soon thereafter as the Court's calendar permits.

11 U.S.C. 1224 permits the Court to extend the 45 day confirmation period "for cause." The parties believe that cause exists for the requested extension, as follows:

On March 18, 2010, a conference call occurred between the major parties to this case, being Stefanie Sharp, Esq., counsel for Nevada State Bank (herein, "NSB"), and NSB's representative Lamar Kunzler; Amy Tirre, Counsel for Tri-State Livestock Credit, and Tri-State's

representative, Robert Bergsten; Louis M. Bubala, counsel for Farm Credit Leasing Services Corporation; and Debtors, their counsel John White and their Chapter 12 Plan consultant, Bob Fletcher, for the purpose of determining whether the parties might be able to agree to the terms of a Chapter 12 plan. During that phone conference: the creditors requested additional information from Debtors and their plan consultant; the parties agreed, subject to Court approval, to continue working toward a consensual plan. The parties also agreed that the referenced additional 60 days would be necessary to facilitate their continued negotiations.

Wells Fargo Equipment Finance Inc, which has a security interest in Debtors' backhoe, though not a participant in the phone conference, has agreed to the above-referenced 60-day extension.

Debtors have been unable to contact the only other secured creditor who has filed a claim in this case, being Wells Fargo Auto Finance, which filed a $14,222 claim (Claim 10-1), secured by Debtors' 97 Ford Van valued by Wells Fargo at $9,260.00 and does not know whether or not it objects. Debtors will make two adequate protection payments to Wells Fargo Auto Finance, each in the amount of $438.44, which counsel for Debtors understands to be the regular monthly payment, during the extension period.

WHEREFORE, the parties hereto stipulate that the confirmation hearing in this case be continued until June 10, 2011, or as soon thereafter, as is convenient to the Court. Any objections to the Plan must be filed and service of the objection must be completed on the movant, no later than fourteen (14) days preceding the new hearing date set for the confirmation of the Debtor's Chapter 12 Plan as set forth in LR 9014 (d)(1).

/ / /

/ / /

/ / /

A proposed order granting this Stipulation is lodged herewith.

DATED: March 23, 2011

| | |
|---|---|
| Submitted by:<br>WHITE LAW CHARTERED<br>335 W 1st St.,<br>Reno, NV 80503<br>775-322-8000<br>john@whitelawchartered.com<br><br>By: /s/<br>John White, Esq.<br>Counsel for Debtors | ROBISON, BELAUSTEGUI, SHARP & LOW<br>71 Washington St.<br>Reno, NV 89503<br>775-329-3151<br>SSharp@rbsllaw.com<br><br>By: /s/<br>Stefanie Sharp, Esq.,<br>Counsel for Nevada State Bank |
| LAW OFFICES OF AMY N. TIRRE, APC<br>3715 Lakeside Dr., Ste A.<br>Reno, NV 89509<br>775-828-0909<br>amy@amytirrelaw.com<br><br>By: /s/<br>Amy Tirre, Esq., Counsel For Tri-State Livestock Credit. Corp. | ARMSTRONG TEASDALE, LLP.<br>50 West Liberty St., Ste 950<br>Reno, NV 89501<br>775-322-7400<br>LBubala@ArmstrongTeasdale.com<br><br>By: /s/<br>Louis M. Bubala, Esq., Counsel for Farm Credit Leasing Services Corp. |

WELLS FARGO EQUIPMENT FINANCE, INC.
1540 West Fountainhead Pkwy.
Tempe, AZ 85282
480-784-2392
melissa.k.harris@wellsfargo.com

By: /s/
Melissa Harris

Upon Debtors' representation that all creditors entitled to adequate protection payments have approved this stipulation, or otherwise been provided for, I have no objection to this Stipulation:

TRUSTEE
M. Nelson Enmark
3855 N. WEST AVENUE, STE 108
FRESNO, CA 93705
(559)-229-4200
nenmark.trustee@gmail.com

By: /s/
M. Nelson Enmark, Trustee

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

3

John White, Esq. S.B. 1741
335 West First Street
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Counsel for the Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | ) | CASE NO. BK-N-10-54234-gwz |
|---|---|---|
| JAMES WEST, aka JIM WEST, and CARLEEN J. WEST, dba SWEET WATER RANCH, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Chapter 12<br><br>ORDER APPROVING STIPULATION TO CONTINUE HEARING ON CONFIRMATION OF DEBTORS' CHAPTER 12 PLAN<br><br>Old Hearing Date: April 11, 2011<br>Old Hearing Time: 2:00 p.m.<br>New Hearing Date: July 7, 2011 |
| Debtors-in-possession | ) ) | New Hearing Time: 2:00 p.m.<br>Estimated Time: 1 hour |

Debtors having filed their Chapter 12 Plan on February 24, 2011 which is set for hearing on April 11, 2011, at 2:00 p.m., and

The Debtors and the major secured creditors in this case having filed their

STIPULATION TO CONTINUE HEARING ON CONFIRMATION OF DEBTORS'

1

CHAPTER 12 PLAN ("Stipulation"), seeking an order continuing the time within which Debtors' Chapter 12 Plan may be confirmed, for sixty (60) days from April 11, 2011, and good cause appearing:

The Stipulation is approved.

Debtors shall make two adequate protection payments to Wells Fargo Auto Finance, each in the amount of $438.44 during the period of the 60 day extension.

The Debtors' Chapter 12 Plan shall be heard on July 7, 2011, at 2:00 p.m.. Any objections to the Plan must be filed and service of the objection must be completed on the movant, no later than fourteen (14) days preceding the aforementioned hearing date.

###

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

CERTIFICATION PURSUANT TO LR 9021

Counsel submitting this document certifies that the order accurately reflects the Court's ruling and that (check one):

____ The court has waived the requirements set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection.

____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

__X__ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order, and no parties appeared or filed written objections.

Dated this 13 day of March 2011.

WHITE LAW CHARTERED

_____
JOHN WHITE, ESQ.

3