John White, Esq. S.B. 1741
335 West First Street
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Counsel for the Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | CASE NO. BK-N-10-54234-gwz |
| | ) | |
| JAMES WEST, aka JIM WEST, and | ) | Chapter 12 |
| CARLEEN J. WEST, dba SWEET WATER | ) | |
| RANCH, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | No Hearing required |
| | ) | |
| | ) | |
| Debtors-in-possession | ) | |
| _____/ | ) | |

I hereby certify under penalties and pain of perjury that I am an employee of White

Law Chartered and on the date hereinbelow provided, I caused the service of a copy of

the STIPULATION TO CONTINUE HEARING ON CONFIRMATION OF DEBTORS'

CHAPTER12 PLAN to the following parties, in the following manner:

☑    a.  Via ECF System on March 23, 2011:

Louis M. Bubala on behalf of Creditor Farm Credit Leasing Services Corporation -
lbubala@armstrongteasedale.com, bsalinas@armstrongteasedale.com

M. Nelson Enmark - nenmark.trustee@gmail.com

Brian R. Irvine on behalf of Credotor TRI-State Livestock Credit Corporation
birvine@jonesvargas.com l-b@jonesvargas.com

Stefanie T. Sharp on behalf of Creditor Nevada state Bank ssharp@rbsllaw.com
hdericco@rbsllaw.com

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

1

Amy N. Tirre on behalf of Creditor Tri-State Livestock Credit Corp - amy@amytirrelaw.com, admin@amytireelaw.com

U.S. Trustee - RN - 11 USTPRegion17.RE.ECF@usdoj.gov

☑   b.   Via U.S. Postal Service on  March 25, 2011:

Melissa Harris
Wells Fargo Equipment Finance, Inc.
1540 West Fountainhead Pkwy.
Tempe, AZ 85282

The undersigned further affirms that the foregoing is true and correct to the best of my knowledge and that preceding document does not contain the social security number of any person.

Dated: March 25, 2011.

Araceli Gonzalez, Employee
White Law Chartered

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

2