KAITLYN A MILLER, ESQ.
Nevada Bar No. 11422
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: (775) 324-5930
Facsimile: (775) 324-6173
E-mail: kaitlynmiller@kernltd.com

E-Filed March 25, 2011

Attorneys for Wells Fargo Bank, N.A.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

JAMES A WEST
aka JIM WEST
dba SWEET WATER FARM
dba SWEET WATER RANCH
and CARLEEN J. WEST,

Debtors.
_____/

Case No. BK-N-10-54234-gwz
Chapter 12

**NOTICE OF NON-OBJECTION TO STIPULATION TO CONTINUE HEARING ON CONFIRMATION OF DEBTORS' CHAPTER 12 PLAN**

Hearing Date:   April 11, 2011
Hearing Time:   2:00 p.m.

Wells Fargo Bank, N.A. (hereinafter referred to as "WFB") by and through its attorneys, Kern & Associates, Ltd., hereby file this Notice of Non-Objection to Stipulation to Continue Hearing on Confirmation of Debtors' Chapter 12 Plan, and states as follows:

1. Debtors filed a Stipulation to Continue Hearing on Confirmation of Debtors' Chapter 12 Plan on March 23, 2011, as Docket No. 47.

2. On March 24, 2011, WFB filed its Objection to Confirmation of Debtors' Chapter 12 Plan, as Docket No 49.

3. WFB does not object to the Stipulation to Continue. However, WFB does object to its treatment within Debtors' Plan, as set-forth within its Objection, which to-date remains unresolved.

DATED this 25th day of March, 2011.

KERN & ASSOCIATES, LTD.

  /s/ Kaitlyn A Miller
KAITLYN A MILLER, ESQ.
Attorneys for Wells Fargo Bank, N.A.

1

**CERTIFICATE OF SERVICE**

1. On March 25, 2011, I served the following document(s) *(specify)*:

   **NOTICE OF NON-OBJECTION TO STIPULATION TO CONTINUE HEARING ON CONFIRMATION OF DEBTORS' CHAPTER 12 PLAN**

2. I served the above-named document(s) by the following means to the persons as listed below:

   ■ a.   **ECF System**

   John White, Esq.
   335 W. First Street
   Reno, Nevada 89503

   M Nelson Enmark, Chapter 12 Trustee
   3855 N. West Avenue, St 108
   Fresno, California 93705

   | | |
   |---|---|
   | LOUIS M. BUBALA | lbubala@armstrongteasdale.com<br>bsalinas@armstrongteasdale.com |
   | M. NELSON ENMARK | nenmark.trustee@gmail.com |
   | BRIAN R. IRVINE | birvine@jonesvargas.com<br>l-b@jonesvargas.com |
   | STEFANIE T. SHARP | ssharp@rbsllaw.com<br>hdericco@rbsllaw.com |
   | AMY N. TIRRE | amy@amytirrelaw.com<br>admin@amytirrelaw.com |

   ■ b.   **United States mail, postage fully prepaid**

   White Law Chartered
   335 W. First Street
   Reno, Nevada 89503

   ☐ c.   **Personal Service**

   I personally delivered the document(s) to the persons at these addresses:

   ☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   ☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

///

☐ d.  **By direct email (as opposed to through the ECF System)**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e.  **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f.  **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: March 25, 2011.

| \_\_\_Christine Lamia\_\_\_ | \_\_\_/s/ Christine Lamia\_\_\_ |
|---|---|
| (NAME OF DECLARANT) | (SIGNATURE OF DECLARANT) |

3