**Entered on Docket**
**July 07, 2011**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**
_____

John White, Esq., SB #1741
335 West First Street
Reno, NV 89503
775-322-8000
775-3221228 (fax)
john@whitelawchartered.com
Attorney for James and Carleen West, Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

JAMES WEST, aka JIM WEST, and CARLEEN J. WEST, dba SWEET WATER RANCH,

Debtors-in-possession
_____/

CASE NO. BK-N-10-54234-gwz

Chapter 12

ORDER APPROVING EMPLOYMENT OF ROBERT R. FLETCHER AS CHAPTER 12 PLAN CONSULTANT FOR DEBTORS

Upon consideration of the Application of James A. West and Carleen J. West, Debtors, for an order pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and § 327(a) of title 11 of the United States Code, authorizing and approving the employment and retention of Robert R. Fletcher, as their Plan Consultant in this chapter 12 case ("Application") (Docket No. 58) filed with the Court on April 20, 2011, and the separately-filed Declaration of Disinterestedness in Support of Application to Employ Robert R. Fletcher as Chapter 12 Plan Consultant, ("Fletcher Declaration") filed herein on April 20, 2011 (Docket No. 59); the

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

1

Declaration of James A. West and Carleen J. West in support thereof ("West Declaration")

(Docket No. 62), with the said Application having been noticed for twenty-one (21) days' negative notice on April 20, 2011 (Docket No. 60), with no opposition(s) having been filed; and upon the Declaration of John White, Esq., filed herein on June 3, 2011, and the Court being satisfied based on the representations made in the Application and the Fletcher Declaration that Robert R. Fletcher does not hold or represent an interest adverse to the Debtor's estate and is disinterested under §§101(14) and 327(a) of the Bankruptcy Code and that the employment of Robert R. Fletcher is necessary and in the best interests of the Debtors' estate; and it appearing that adequate and sufficient notice of the Application has been given and that no other or further notice need be given; and sufficient cause appearing therefore, it is hereby:

ORDERED, ADJUDGED AND DECREED that:

1. Pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), the Debtors are authorized to employ and retain Robert R. Fletcher as their Plan Consultant *nunc pro tunc* to February 15, 2011, to advise the Debtors, and such retention and employment is hereby approved.
2. Robert R. Fletcher is authorized to provide consultation under the terms specified in the Application to assist in the preparation and completion of the Chapter 12 Plan and for services to the Debtors that are deemed necessary and appropriate by the Debtors.
3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Submitted by:
WHITE LAW CHARTERED
/s/ Pls. see attached
JOHN WHITE, ESQ.
Attorneys for the Debtor

Approved/Disapproved/No Objection
/s/ Pls. see attached
M NELSON ENMARK,
Chapter 12 Trustee

Nicholas Strozza, Esq., Office of the U.S. Trustee

**IT IS SO ORDERED.**

### #

2

|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | John White, Esq., SB #1741 |
|   | 335 West First Street |
| 8 | Reno, NV 89503 |
|   | 775-322-8000 |
| 9 | 775-3221228 (fax) |
| 10 | john@whitelawchartered.com |
|   | Attorney for James and Carleen West, Debtors |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                                ) CASE NO. BK-N-10-54234-gwz
                                                      )
JAMES WEST, aka JIM WEST, and CARLEEN J.              ) Chapter 12
WEST, dba SWEET WATER RANCH,                          )
                                                      ) ORDER APPROVING
                                                      ) EMPLOYMENT OF ROBERT
         Debtors-in-possession                        ) R. FLETCHER AS CHAPTER
                                                      ) 12 PLAN CONSULTANT FOR
_____/                ) DEBTORS

Upon consideration of the Application of James A. West and Carleen J. West, Debtors, for an order pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and § 327(a) of title 11 of the United States Code, authorizing and approving the employment and retention of Robert R. Fletcher, as their Plan Consultant in this chapter 12 case ("Application") (Docket No. 58) filed with the Court on April 20, 2011, and the separately-filed Declaration of Disinterestedness in Support of Application to Employ Robert R. Fletcher as Chapter 12 Plan Consultant, ("Fletcher Declaration") filed herein on April 20, 2011 (Docket No. 59); the Declaration of James A. West and Carleen J. West in support thereof ("West Declaration")

1

(Docket No. 62), with the said Application having been noticed for twenty-one (21) days' negative notice on April 20, 2011 (Docket No. 60), with no opposition(s) having been filed; and upon the Declaration of John White, Esq., filed herein on June 3, 2011, and the Court being satisfied based on the representations made in the Application and the Fletcher Declaration that Robert R. Fletcher does not hold or represent an interest adverse to the Debtor's estate and is disinterested under §§101(14) and 327(a) of the Bankruptcy Code and that the employment of Robert R. Fletcher is necessary and in the best interests of the Debtors' estate; and it appearing that adequate and sufficient notice of the Application has been given and that no other or further notice need be given; and sufficient cause appearing therefore, it is hereby:

ORDERED, ADJUDGED AND DECREED that:

1. Pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), the Debtors are authorized to employ and retain Robert R. Fletcher as their Plan Consultant *nunc pro tunc* to February 15, 2011, to advise the Debtors, and such retention and employment is hereby approved.

2. Robert R. Fletcher is authorized to provide consultation under the terms specified in the Application to assist in the preparation and completion of the Chapter 12 Plan and for services to the Debtors that are deemed necessary and appropriate by the Debtors.

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Submitted by:
WHITE LAW CHARTERED

JOHN WHITE, ESQ.
Attorneys for the Debtor

Approved/Disapproved/No Objection

M NELSON ENMARK
Chapter 12 Trustee

IT IS SO ORDERED.

2