# Exhibit A

Exhibit A

# Exhibit A

## James and Carleen West (Bk-N-10-54234)

First Amended Chapter 12 Bankruptcy Reorganization Plan (Long Form)

## Sweetwater Ranch, Ely, Nevada

This report describes the operations of the Sweetwater ranch (Sweetwater) since being acquired in 2004 by Jim and Carleen West. Background is provided on how improvements have affected production potential and expected revenue as the ranch is constituted today. This report is in response to Sweetwater creditors that object to allocating the first two years of disposable income for livestock purchase, in lieu of paying creditors, as provided in the original plan. This long form plan was prepared by Robert R. Fletcher, Ph.D, Debtor's agricultural advisor. Mr. Fletcher relied on information acquired either directly or directly from Debtors. He has not personally inspected the Sweetwater. This plan is signed by and adopted in toto by the Debtors. Except as modified by the Summary Plan, filed herewith, it constitutes their Chapter 12 plan.

This document is divided into two sections. Section1. The Economic Feasibility analysis of the Sweetwater Ranch is based on explicit assumptions for commodity prices and hay yields to estimate annual revenue, expenses and cash flow. This approach was used as there are no historical production data available. Hay yields and tons of hay harvested were not available for 2010 production. The Sweetwater is essentially a new ranching operation with a developed but unproven irrigation system for hay and pasture production. Section2, The Payment Plan, distributes the net farm income estimated in the feasibility analysis to secured and unsecured creditors.

## 1. Economic Feasibility

The overall objective is to estimate the annual revenue, expenses and cash flow potential for the Sweetwater.

Specific objectives are to describe:

1. The Sweetwater ranching operations that could exist with unconstrained resources and a discussion of current resource constraints;
2. Estimated annual revenue, expenses and disposable farm income operating as an independent entity without livestock; and
3. The current organizational structure where the Sweetwater is managed as an extension of a larger agricultural operation.

Background

The Sweetwater was acquired as an unimproved property in 2006. It included 960 deed acres with native vegetation, an undeveloped water supply and an uninhabitable dwelling. There

1

are permits for approximately 2,230 BLM AUM grazing for sheep and 142 cattle AUM. The season of use for the permits is heavily weighted for late summer, fall and early winter grazing. Minimal AUM are available March 15th to June 20th with no grazing available in April. The lack of critical spring grazing prohibited operating as an independent ranch without the hay and irrigated pasture.

In 2008, a $100,000 project was undertaken to develop the available water supply for irrigation. A 1.75 mile 12 inch high pressure PVC pipeline was installed that delivers 1,000 GPM 65 degree water at 125 PSI. The pipeline provides an adequate water supply to operate two 120 acre center pivot irrigation systems. The water pressure enables the pivots to operate on water power with no expense for electricity or diesel fuel. The water temperature permits irrigating earlier in the spring and later in the fall which extends the growing season. Two 7 tower center pivot sprinkler irrigation systems were acquired in July, 2008 at a cost of $66,000 each for the purpose of producing alfalfa hay. There is adequate water pressure from the spring to run a small hydro-electric generating system which provides the electrical power consumed on the Sweetwater.

Two hundred and forty acres have been cleared, tilled and planted to an alfalfa grass mix for hay production and aftermath grazing. 2011 production is expected to be approximately 3.5 tons of hay and 1.5 AUM of aftermath per acre assuming good management practices and recommended fertilizer application.

To reduce the death loss during range lambing, a shed was constructed to provide shelter during lambing season. This is a temporary structure approximately 240 feet long with four rows of 4X4 jugs for individual ewes and larger holding pens. The older dwelling has been remodeled and serves as the owners' residence. The house has been insured for $56,000. Total value of improvements on the Sweetwater since 2008 is approximately $300,000.

Management decisions, the recession that began in 2007 and adverse weather conditions resulted in the accumulation of debt that has the Sweetwater seeking bankruptcy protection. Alfalfa/grass mix was seeded on the first circle in the fall of 2008 after the land was cleared of native vegetation and the pivot sprinklers were installed. This produced pasture and some hay in 2009. Alfalfa/grass mix was seeded under the second pivot in the fall of 2009. The first productive hay crop was harvested in 2010. It is estimated that the 240 acres of alfalfa, now fully established, will yield 3.5 ton of hay per acre, assuming good management practices, in 2011.

Real Estate debt accumulated from the original $542,500 loan to purchase the property in September 2006. One regular payment was made in early November 2007. Later in the month of November, an additional $238,522 was advanced, increasing the principal balance to $770,000. A regular annual payment was made in October, 2008 which reduced the principal to $736,810. No payments have been made since 2008. Including accrued interest and

2

penalties, the current balance is approximately $943,373. Almost $50,000 is still owed on the pivot sprinklers. A backhoe, needed for land clearing, development of the irrigation system and ranch operations, was purchased on credit in May 2008 with an outstanding balance of $19,600. A Ford Van is financed with monthly payments of $438. Lack of cash and the level of debt make lenders unwilling to advance additional funds for the purchase of livestock which requires developing a management scheme to maximize revenue and cash flow under less than optimal conditions.

## Sweetwater with Unconstrained Resources

Improvements on the Sweetwater over the past three years enable it to operate as an independent sheep ranch. Hay and irrigated pasture can be produced with a comparative advantage to other hay producers in the area because there are no annual expenses for water or power to operate the pivot sprinklers. Hay and aftermath grazing provides the balance with the BLM AUM for a year-around feed supply for 1,000 to 1,200 ewes. There would be 500 to 600 tons of hay available for sale depending on the year in addition to the hay needed for sheep feed. This would equate to a net farm income between $180,000 and $220,000 per year before debt service, IRS taxes and depreciation. This would be the preferred management scheme for the Sweetwater to optimize net farm income.

## Independent Entity without Owned Livestock

Sale of hay, leasing aftermath and private pasture for grazing and rental of the lambing sheds are the primary source of income without livestock. There may possibly be an opportunity to find a sheep owner that could use some of the BLM AUM. The major concern with this scenario is the Sweetwater does not own any hay harvesting equipment. Swathing, raking, baling and stacking would be contracted through a custom harvesting firm. Since there are no established custom rates for the area proxies were developed using custom rates for hay harvest from the University of Idaho. They show a custom rate of $26.00 per ton in 2005-06. This rate was adjusted using the Prices Paid by Farmers Index. Based on the 1990-92 = 100% the index was 148 in 2006 and 187 in 2010. The price is indexed up to $32.75 per ton. There are several problems in relying on custom hay harvest on the Sweetwater. The number of custom contractors in the area may not be available when needed. Hay harvest has a relatively short time window to produce the best quality hay. Contractors may be hesitant to travel to this remote area for such a small acreage if other customers are not available in the vicinity. Cash, which is in short supply would be needed at time of harvest. It is felt this management scheme would not best serve either the debtor or creditors.

## Current management scheme

Jim and Carleen West are 1/3 owners in a neighboring family operated sheep and cattle ranch, the Double U. The Sweetwater was purchased one year after acquiring the Double

3

U to complement the sheep operation. The Double U owns the hay equipment used for hay harvest on the Sweetwater. The Double U also pays the Sweetwater rent for use of the new lambing shed constructed on the Sweetwater. The Double U will have the option to purchase between 350 and 400 tons of Sweetwater hay and the aftermath grazing for lambing. There is essentially one set of machinery shared between the two ranches. The Sweetwater owns the backhoe and the Double U owns most of the other shared machinery and equipment. Continuing this arrangement with specified responsibilities and obligations for both parties is the best way to maximize cash flow for the Sweetwater without livestock. The Sweetwater is operated on an annual cycle that begins in June with hay production through the summer and ends with the Double U utilizing the previous year's hay crop as needed, and the lambing sheds in April and May for shearing and lambing

Under this management scheme the Double U will harvest the hay at their expense. To determine a fair value for this service data were used from a University of Idaho survey for charges between neighbors for hay harvest. The results showed a range of $22 to $30 per ton with a $27.50 average. A fuel surcharge could be added with the current high price of diesel fuel. A value of $25 per ton will cover the variable costs for the Double U. This approach decreases the amount of cash needed to operate the Sweetwater. In return, the Double U will be credited the first $25 per ton for Sweetwater hay sold off the ranch. The Double U will have the option to purchase 400 tons for lambing. This assures the Double U an adequate hay supply for shearing and lambing without the additional cost of importing the hay.

Hay prices are sensitive to supply and demand and can be very volatile with reported prices ranging between $80 and $220 over the past five years. The USDA reported price for good quality alfalfa hay in small bales < 110 lbs was $160 for February 2011 in Central\East Central NV. This is a thin market with only 50 tons from one sale reported for the month, as most hay in the area is marketed through livestock. Western Nevada had reported sales of 525 ton with an average price of $171 per ton (see reference 3). This management scheme assumes an average price of $150 per ton but recognizes prices fluctuate. The Double U will pay the Sweetwater $10,000 rent for the use of the lambing shed and have the first option to purchase the aftermath grazing at $22.50 per acre for a total of $5,400. The 210 AUM of private grazing will also be available to the Double U for $3,150 at their option. Payments for the lambing shed rental and grazing will be made in December.

Table 1A shows the availability of BLM AUM for sheep grazing by month. No monetary value has been assigned to these AUM as most likely there will not be a cash market for non-owner use. This table also gives the amount of hay harvested by month and the estimated month of use and sale of the hay crop. The projected schedule for utilization and sale of the grazing AUM is also provided. Below the month of use is the expected revenue by month. Total revenue is estimated to be $123,550 on an annual basis.

Table 1A also gives the cash monthly expenses required to operate the Sweetwater with

4

the assumption the Double U assumes all costs for hay harvest and will be reimbursed the first $25 per ton for each ton of hay exported from the Sweetwater. Under this arrangement the total annual cash costs are $31,582 with the Sweetwater generating net farm income of $91,968 before debt repayment, IRS Taxes and depreciation. This is considered the best alternative for operating the Sweetwater assuming no funds will be made available for the purchase of livestock. For the debtors this type of arrangement is inferior to the original plan submitted that allowed net farm income in the first two years to be used to acquire 1,000 breeding ewes. Not having sheep to graze on public lands for up to nine months at a cost of $1.35 per AUM is not only a determent to the debtors, but reduces the probability of making whole both the secured and unsecured creditors.

Table 1A. (Revised 06.14.11) Sweetwater Ranch Potential Production BLM Grazing not used without Livestock.

| Available PL Grazing | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLM No. of sheep days | 0 | 192 | 582 | 1355 | 1355 | 1355 | 1182 | 1937 | 947 | 947 | 947 | 377 | 11176 |
| BLM AUM | 0 | 38.4 | 116.4 | 271 | 271 | 271 | 236.4 | 387.4 | 189.4 | 189.4 | 189.4 | 75.4 | 2235.2 |
| Hay Harvest Tons | | | 420 | | 420 | | | | | | | | 840 |
| **Month of use** | | | | | | | | | | | | | |
| Aftermath AUM | | | | | | 90 | 180 | 90 | | | | | 360 |
| Private AUM | | | 30 | 30 | 30 | 30 | 30 | 30 | 30 | | | | 210 |
| Hay Tons | 225 | 125 | | | | | 140 | 140 | 160 | | | 50 | 840 |
| **Est. Revenue $$** | | | | | | | | | | | | | |
| Hay | | | | | | | 17,500 | 67,500 | 20,000 | | | | 105,000 |
| Aftermath | | | | | | | | 5,400 | | | | | 5,400 |
| Private Pasture | | | | | | | | 3,150 | | | | | 3,150 |
| Lambing Shed Rental | | | | | | | | 10,000 | | | | | 10,000 |
| Total Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 17,500 | 86,050 | 20,000 | 0 | 0 | 0 | 123,550 |
| **Cash Expenses $$** | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Total |
| Property Tax | | | | | 1,241 | | | | | | 1,241 | | 2,482 |
| Labor (Debtor Wage) | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 10,800 |
| Repairs & Maintenance | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Fertilizer & Pesticides | | 4,000 | | | | | | | | | | | 4,000 |
| Fuel, Oil & Lube | | | 3,000 | | | | | | 3,000 | | | | 6,000 |
| Legal & Accounting | 750 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,500 |
| Miscellaneous | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Total Expenses | 2,050 | 5,550 | 4,550 | 1,550 | 2,791 | 1,550 | 1,550 | 1,550 | 4,550 | 1,550 | 2,791 | 1,550 | 31,582 |
| Net Farm Inc* | -2,050 | -5,550 | -4,550 | -1,550 | -2,791 | -1,550 | 15,950 | 84,500 | 15,450 | -1,550 | -2,791 | -1,550 | 91,968 |

* Net farm income is before debt repayment, IRS Tax and depreciation.

5

## 2. Payment Plan

This payment plan is structured to consider the best interest of the debtors and creditors. It was necessary to reconstruct payment schedules on the original loans, using data available in the filed documents as background information.

There are five secured creditors; Wells Fargo Auto Finance, Wells Fargo Equipment Finance, Farm Credit Leasing Services, Nevada State Bank and Tri-State Livestock Credit Corporation.

### Wells Fargo Auto Finance

A new 1997 Ford Van with a coachman body was purchased on February 5, 1999. The original loan was $41,824 over 180 months at 9.5% interest. Monthly payments are $438.44 per month. Reconstructing this loan indicates an outstanding balance of $13,840 after the December 2010 payment, less than $400 difference from the claim, indicating the payments have been kept current.

Description of Loans Paid on a Monthly Basis.

| Company Issuing Credit | Secured Asset | Date Acquired | Amt | Original Loan 1st Pay | Amount | Balance | Value |
|---|---|---|---|---|---|---|---|
| Wells Fargo Auto Finance | 1997 Ford Van | 2/5/99 | 41,824 | 3/22/99 | 438 | 14,223 | 9,260 |
| Well Fargo Equipment Finance | Backhoe/Loader | 5/12/08 | 48,619 | 6/12/08 | 1,135 | 19,600 | 26,750 |

### Wells Fargo Equipment Finance

A used Caterpillar backhoe was purchased in May 2008. It was financed with a 48 month loan for $48,619 @ 5.69% interest. Monthly payments of $1,134.92 were current through November 2010.

### Farm Credit Leasing Services

Construction of a 1.75 mile pipeline and installation of two center pivot sprinklers were completed in 2008 at a total cost of $232,375. Two payments were made at the time of delivery, one for $127,047 and one for $49,500. The balance of $59,828 was financed through Farm Credit Leasing Services with a lease purchase option. There were five scheduled annual lease payments of $15,797 beginning in January 2009 with an option to purchase each pivot for $1.00 at the end of the lease. It appears lease payments were made in 2009 and 2010 the payment due in January 2011 is in arrears and there are two payments remaining.

/ / /

/ / /

6

| Farm Credit Leasing Services Lease/Purchase Agreement | Equipment Pivot only | Equipment Pivot & Pipeline | Total For 2 |
|---|---|---|---|
| Date Acquired | 7/1/2008 | 7/9/2008 | |
| Original Cost | 66,000 | 166,375 | 232,375 |
| Payments at time of installation | 49,500 | 123,047 | 172,547 |
| Balance | 16,500 | 43,328 | 59,828 |
| 5 Annual Lease Payments | 4,378 | 11,601 | 15,979 |
| Rents Past Due 03/07/2011 | | | 15,979 |
| Purchase Option at End of Lease | $1.00 | $1.00 | $2.00 |
| Balance Due with Fees 03/07/11 | | | 49,684 |

## Nevada State Bank

The Nevada State Bank loan was originated through the Great Basin Bank of Nevada. The original $542,500 loan dated 09/22/2006 was restructured on 11/27/2007 with a new principal balance of $770,000. One payment was made in October 2008 which reduced the principal to $736,810. NSB shows an outstanding balance of $736,810 in May 2010 plus interest and other charges bringing the total owed to $943,373.

| Great Basin Bank of Nevada Original and Restructured Loan. | | | |
|---|---|---|---|
| Transaction | Date | Principal | Payment |
| Original Loan (1 payment) | 9/22/2006 | 542,500 | 72,961 |
| Restructured Loan | 11/27/2007 | 770,000 | |
| Regular Payment (1) | 10/6/2008 | 33,190 | 101,803 |
| Balance | 10/6/2008 | 736,810 | |
| | | | |
| Nevada State Bank | Filing Date | | |
| Outstanding Balance | 05/20/2010 | 736,810 | |
| Interest | 1/24/2011 | 160,619 | |
| Late Charges | 1/24/2011 | 23,700 | |
| Pre-Payment Penalty Clause | 1/24/2011 | 22,104 | |
| Misc. Fees | 1/24/2011 | 140 | |
| Total | 1/24/2011 | 943,373 | |

## Tri-State Livestock Credit Corporation

Tri-State has filed a claim for $1,752,588.54 secured by a Second Deed of Trust. Tri-State is also secured by the Double U.

## Unsecured Creditors

7

Although a list of unsecured creditors is not available at this time, conversation indicates total unsecured debt is over $125,000. This amount is in addition to the unsecured portion of the claim filed by Tri-State.

Methodology

This payment plan is designed to allow the debtors to generate farm income over a 5 year period to pay creditors while the ranch continues operating as a productive agricultural enterprise. Consideration is given to the value of recent property improvements to increase farm income and debt repayment capacity since the ranch was purchased.

Factors Considered Include:

1. Contribution of improvements to farm income and debt repayment capacity.
2. A description of secured assets including purchase price, current value and change in value during the plan.
3. Availability of funds and annual cash flow.

Improvements

When the Sweetwater was purchased in 2006 the income generated from livestock and crop production was marginalized by the lack of hay production and spring grazing for a balanced livestock operation. BLM grazing leases were available for summer, fall and most of the winter but critical spring grazing was not available. An undeveloped spring was the source for irrigation water. The first three years were devoted to installing a 1.75 mile pipeline from the spring to newly-established hay fields. The spring delivers adequate water to the sprinkler system at 125 psi which is adequate to run the sprinklers without the need for electric or diesel powered pumps. Two pivot sprinkler irrigation systems are used to produce 240 acres of hay and irrigated pasture.

Installation of the sprinkler irrigation system has enhanced the value of the property. The ranch is currently capable of producing hay and irrigated pasture and could be operated as an independent unit capable of generating approximately $200,000 net farm income. This increased income capacity will be capitalized into the value of the property.

Assets

All secured assets are necessary to operate the ranch. The van, backhoe and pivot sprinklers are depreciable assets that are expected to decrease in value over the life of the plan. Agricultural lands have historically appreciated in value. Improvements, such as the irrigation system, increase productivity and are capitalized with raw land value for a market value of the property. The $542,500 original loan in 2006 was based on a purchase price of $900,000 for a debt to asset ratio of 60.3%; the current $943,373 claim by NSB is secured by an appraised value of $1,150,000, a debt-to-asset ratio of 82.0%.

8

The amount of creditors' claim at time of filing and the value of the secured asset shown in the table below were considered in allocating available funds among creditors.

Secured Assets

| Creditor | Description of Asset | Debt Incurred | APR Int | Loan Amt. | Balance | Fair Market Value of Collateral |
|---|---|---|---|---|---|---|
| **Fully Secured** | | | | | | |
| Wells Fargo Equip | Caterpillar Backhoe | 3/6/2008 | 5.6900 | 41,824 | 19,600 | 26,750 |
| NSB | Sweetwater (first DOT) | 9/23/2006 | 10.3924 | 770,000 | 943,373 | 1,150,000 |
| Farm Credit Lease | 2 Pivot Sprinklers (Lease) | 7/1/2008 | 10.5 | 232,375 | 49,684 | 60,000 |
| **Partially Secured** | | | | | | |
| Well Fargo Auto | 1997 Ford Van | 2/5/1999 | 9.5000 | 41,812 | 14,223 | 9,260* |
| Tri-State | Sweetwater (junior DOT) | 2/18/2008 | 7.75 | 1,433,482 | 1,752,588.54 | 1,150,000** |

\* Secured portion of claim is $9,260.
\*\* Secured portion of claim is $206,627

## Cash Flow

Paying for improvements and loss of livestock depleted available cash on hand. The two year lag, after new crops are seeded before reaching full production, limited ranch income. Cash flow and consequently, ability for debt repayment will increase in 2011. The net farm income is an estimate of funds available after farm expenses are subtracted from farm income. Bankruptcy costs were not included as an operating expense in estimating net farm income but reduce the funds available for distribution to creditors.

Total Funds Available from Ranch Sales and Personal Income.

| | | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|
| Net Farm Income | Ranch Sales Less Expenses | 91,968 | 91,968 | 91,968 | 91,968 | 91,968 |
| Disposable Income | Non Farm Income available | 1,080 | 1,080 | 1,080 | 1,080 | 1,080 |
| Funds Available | No Allowance for Bankruptcy | 93,048 | 93,048 | 93,048 | 93,048 | 93,048 |
| Bankruptcy Costs* | Annualized over 5 years | -12,900 | -12,900 | -12,900 | -12,900 | -12,900 |
| Creditors | Available for distribution | 80,148 | 80,148 | 80,148 | 80,148 | 80,148 |

*Includes Estimated Attorney, Consultant and Bookkeeper Fees

## Payment Schedule

The payment schedule is based on 5 equal annual payments, December 2011 through December 2015, with interest accruing from January 1, 2011. Considering ranch

9

improvements, value of the assets and cash flow this payment plan is considered the best alternative for the debtors, without the purchase of livestock, protects secured creditors and provides partial payments to unsecured creditors. The estimated net farm income is considered an average over time and will fluctuate year-over-year based on changes in prices received for crops and input costs. There is an unallocated amount for contingent expenses. Funds remaining after any contingent expenses are covered will be allocated seventy percent (70%) to Tri-State's secured claim and thirty percent (30%) to unsecured creditors. In any year funds are not adequate to pay all secured creditors, payments will be reduced and the unpaid balance will be rolled forward to the following year.

Payment Schedule, Payments disbursed on or before December 31st of each year.

| Creditor | Description of Asset | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|
| Wells Fargo Auto* | 1997 Ford Van | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 |
| Wells Fargo Equip | Caterpillar Backhoe | 4,558 | 4,558 | 4,558 | 4,558 | 4,558 |
| NSB | Real Estate (first mortgage) | 53,684 | 53,684 | 53,684 | 53,684 | 53,684 |
| Tri-State | Real Estate (second DOT) | 0 | 0 | 0 | 0 | 0 |
| Farm Credit Leasing | 2 Pivot Sprinklers (Lease) | 9,937 | 9,937 | 9,937 | 9,937 | 9,937 |
| Secured Creditors | | 70,379 | 70,379 | 70,379 | 70,379 | 70,379 |
| Contingent funds | Expenses and Creditors | 3,357 | 3,357 | 3,357 | 3,357 | 3,357 |
| Trustee Fees** | Based on 1-1/.92 X Payments | 6,412 | 6,412 | 6,412 | 6,412 | 6,412 |
| Total Allocation | Equals Available Funds | 80,148 | 80,148 | 80,148 | 80,148 | 80,148 |

*The $2,200 annual allocation is to be paid in 12 monthly payments of $183.36.
** Trustee Fees assume all contingent funds are paid to creditors

Payments to secured creditors are based on the outstanding balance or value in the secured assets table. Lien holders of depreciable assets, with the exception of Wells Fargo Auto, will be paid the value of their claim amortized over 5 years at 5.25% interest. Wells Fargo Auto will receive 60 monthly payments of $183.36, based on $9,260 at 7% interest per annum, as they objected to annual payments. The NSB annual payment, $53,684 is calculated using the $943,373 claim amortized over 50 years at 5.25% interest. A balloon payment for the outstanding balance on the loan will be due December 31, 2015. Cash flow is insufficient to provide Tri-State, secured by a second deed of trust an annual payment. The unallocated contingent category of $3,357 is a buffer for price fluctuations and unanticipated expenses. Funds remaining after all expenses are paid will be distributed seventy percent (70%) to Tri-State, a secured creditor and thirty percent (30%) to unsecured creditors.

Justification

Revenue and expenses were estimated assuming the ratio between prices paid and received by farmers will remain constant. The recent spike in crude oil price may cause input prices to increase disproportionately. Payments are on an annual basis to coincide with ranch income. Livestock operators receive income once a year when calves and lambs are sold. There may be an opportunity to sell hay at time of harvest in some years, but livestock producers in the

area tend to purchase hay as needed for winter feed. The Double U will have the option to purchase hay and pasture and will pay rent for the lambing sheds when lambs are sold. Historically, lambs have been sold in October. The availability of aftermath and additional irrigated pasture may allow lambs to be conditioned, add an extra 10 pounds in weight, and sold in November. This is a good management practice and generates additional income. Structuring the annual payments for December 31 allows for all alternatives. The last payment will be made by December 31, 2015.

Summary

This plan is the best alternative for the debtor that does not include a provision for the purchase of livestock in the first two years. Sale of hay is the primary source of income for this plan. The assumption of 3.5 ton per acre yield will provide the income required. The 5 year period is necessary to afford the debtor the best opportunity to exit bankruptcy as a going concern. Creditors secured by depreciable assets will receive the amount of claim over 5 years. Nevada State Bank will receive $53,684 annual payments. Tri-State Livestock Credit Corporation will not receive annual payments but will participate in the distribution of contingent funds, after paying contingent expenses. Tri-State, a secured creditor will receive seventy percent (70%) of the contingent balance and thirty percent (30%) will be distributed to unsecured creditors.

Double U will have the option to purchase the hay and pasture and will pay rent for the lambing sheds after the lambs are sold. Although the synergistic effect between the two ranches may not be quantifiable, it is in Tri-State's best interest for the Sweetwater to continue as a going concern.

Dated June 15, 2011


__/s/ Jim West_____          __/s/ Jim West_____
Jim West, Debtor                  Carlene West, Co-Debtor


Prepared By:


/S/ Robert R. Fletcher, Ph.D.             Date: June 15, 2011
    Agricultural Economist,
    Reno, Nevada

11

# References

## (1) Southcentral Idaho: Blaine & Lincoln Counties Alfalfa Hay Production District III, Paul E. Patterson, Christi Falen and C. Wilson Gray

## (2) CUSTOM RATES for Idaho Agricultural Operations 2005-2006
by Paul E. Patterson and Robert L. Smathers

## (3) Nevada Hay prices. http://usda.mannlib.cornell.edu/usda/ams/LSMMLGR314.pdf

```
           U.S. DEPARTMENT OF AGRICULTURE, AGRICULTURAL MARKETING SERVICE
                           LIVESTOCK AND SEED DIVISION
                         HAY MONTHLY QUOTATIONS FOR FEB 2011
                         MARKET: Central/East Central, NV

FOB Tons: 400            Last Month: 1,975           Last Year: 1,000

FOB prices:                     Tons        Price Range       Wtd Avg Price
Alfalfa Domestic Cattle
Good/Supreme                    150         150.00-150.00        150.00

Alfalfa Retail/light<110 lb bales
Good                             50         160.00-160.00        160.00

           U.S. DEPARTMENT OF AGRICULTURE, AGRICULTURAL MARKETING SERVICE
                           LIVESTOCK AND SEED DIVISION
                         HAY MONTHLY QUOTATIONS FOR FEB 2011
                              MARKET: Western, NV

FOB          Tons: 4,185       Last Month: 9,700      Last Year: 21,603

DELIVERED    Tons: 0           Last Month:    0       Last Year:    700

FOB prices:                     Tons        Price Range       Wtd Avg Price
Alfalfa (Organic) Domestic Cattle
  Supreme                       300         200.00-200.00        200.00
Alfalfa Domestic Cattle
Supreme                         450         190.00-190.00        190.00
Premium/Supreme                 500         185.00-185.00        185.00
Premium                         200         185.00-185.00        185.00
Good                            100         175.00-175.00        175.00
Fair                            550         165.00-165.00        165.00
Alfalfa Retail/light<110 lb bales
Premium                         575         180.00-185.00        180.65
Good                            525         155.00-180.00        170.95
Fair                             75         155.00-155.00        155.00
```